**Fill in this information to identify your case:**

Debtor 1: **Todd Meagher**
First Name    Middle Name    Last Name

Debtor 2:
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number
(if known)

☐ Check if this is an amended filing

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**
**California Franchise Tax Board**
**300 South Spring Street**
**Suite 5704**
**Los Angeles, CA 90013**

What is the nature of the claim?    $ **$30,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:    - $
Unsecured claim    $

Contact

Contact phone

**2**
**CITIBANK**
**388 Greenwich Street**
**New York, NY 10013**

What is the nature of the claim?    **Mastercard**    $ **$5,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $
Value of security:    - $
Unsecured claim    $

Contact

Contact phone

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Todd Meagher**    Case number *(if known)*

### 3

**HEB Grocery Company, LP**
**646 S. Flores St.**
**San Antonio, TX 78204**

Contact

Contact phone

**What is the nature of the claim?**

**Claim for attorneys' fees in litigation pending under Cause No. 4:17-cv-02810 in District Court, Southern District of Texas**    $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
     Value of security:    - $
     Unsecured claim    $

### 4

**Karen Tripp**
**P.O. Box 1301**
**Houston, TX 77251**

Contact

Contact phone

**What is the nature of the claim?**    **Legal services**    $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
     Value of security:    - $
     Unsecured claim    $

### 5

**Not Just Patents LLC**
**c/o Wendy Peterson**
**1248 Victoria St. N.**
**Saint Paul, MN 55117**

Contact

Contact phone

**What is the nature of the claim?**    **Legal services**    $ **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $
     Value of security:    - $
     Unsecured claim    $

### 6

**Thompson Coe Cousins & Irons LLP**

**What is the nature of the claim?**    $ **$119,056.90**

| Debtor 1 | **Todd Meagher** | | Case number *(if known)* | |

**One Riverway**
**Suite 1400**
**Houston, TX 77056**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

### Part 2: Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Todd Meagher**
**Todd Meagher**
Signature of Debtor 1

X  _____
Signature of Debtor 2

Date  **January 15, 2020**

Date  _____