UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

**Todd Meagher**            §            Case No.:
                            §
                            §
                Debtor(s)   §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **January 15, 2020**

/s/ **Todd Meagher**
**Todd Meagher**
Signature of Debtor

**xxx-xx-1536**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

California Franchise Tax Board
300 South Spring Street
Suite 5704
Los Angeles, CA 90013

CITIBANK
388 Greenwich Street
New York, NY 10013

Gary L. Pate
One Riverway, #1400
Houston, TX 77056

HEB Grocery Company, LP
646 S. Flores St.
San Antonio, TX 78204

Karen Tripp
P.O. Box 1301
Houston, TX 77251

Not Just Patents LLC
c/o Wendy Peterson
1248 Victoria St. N.
Saint Paul, MN 55117

PHH Mortgage Services
P.O. Box 66002
Lawrence Township, NJ 08648

Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, TX 78701

Thompson Coe Cousins & Irons LLP
One Riverway
Suite 1400
Houston, TX 77056

```
Vinson & Elkins LLP
c/o Jason M. Powers
1001 Fannin St.
Ste. 2500
Houston, TX 77002
```