IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § § **TODD MEAGHER** § § **2101 LEGACY COURT** § **KELLER, TX 76248** § **EIN: XX-XXXXXXX** § § **DEBTOR.** § | **CHAPTER 11** §§§ **CASE NO.** _____ |

### DECLARATION OF TODD MEAGHER

1.  My name is Todd Meagher, the Debtor in the above-referenced Chapter 11 proceeding. All statements made herein are within my personal knowledge, true and correct.

2.  I do not keep the documents described in 11 U.S.C. § 1116 in the normal course of my business operations.

3.  On January 15, 2020, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct within my personal knowledge.

_____
Todd Meagher