IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TODD MEAGHER | § § | CHAPTER 11 |
| 2101 LEGACY COURT | § | CASE NO. _____ |
| KELLER, TX 76248 | § | |
| EIN: XX-XXXXXXX | § § | |
| DEBTOR. | § | |

### DECLARATION OF TODD MEAGHER

1. My name is Todd Meagher, the Debtor in the above-referenced Chapter 11 proceeding. All statements made herein are within my personal knowledge, true and correct.

2. I do not keep the documents described in 11 U.S.C. § 1116 in the normal course of my business operations.

3. On January 15, 2020, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct within my personal knowledge.

_____
Todd Meagher