Label Matrix for local noticing
0539-4
Case 20-40208-mxm11
Northern District of Texas
Ft. Worth
Wed Jan 22 12:42:09 CST 2020

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

501 W. Tenth Street
Fort Worth, TX 76102-3637

CITIBANK
388 Greenwich Street
New York, NY 10013-2362

California Franchise Tax Board
300 South Spring Street
Suite 5704
Los Angeles, CA 90013-1265

Gary L. Pate
One Riverway, #1400
Houston, TX 77056-1988

HEB Grocery Company, LP
646 S. Flores St.
San Antonio, TX 78204-1219

Karen Tripp
P.O. Box 1301
Houston, TX 77251-1301

Not Just Patents LLC
c/o Wendy Peterson
1248 Victoria St. N.
Saint Paul, MN 55117-4033

PHH Mortgage Services
P.O. Box 66002
Lawrence Township, NJ 08648-6002

Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, TX 78701-2973

Tarrant County
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207-2328

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Thompson Coe Cousins & Irons LLP
One Riverway
Suite 1400
Houston, TX 77056-1988

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Vinson & Elkins LLP
c/o Jason M. Powers
1001 Fannin St.
Ste. 2500
Houston, TX 77002-6760

Mark A. Castillo
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202-3782

Robert Coleman Rowe
Curtis Castillo, P.C.
901 Main Street, Suite 6515
Dallas, TX 75202-3782

Stephanie Diane Curtis
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202-3782

Todd Meagher
2101 Legacy Court
Keller, TX 76248-8449

End of Label Matrix
Mailable recipients     19
Bypassed recipients      0
Total                   19