**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER, | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

**ORDER APPROVING DEBTOR'S APPLICATION FOR APPROVAL
TO EMPLOY THOMSON COE, COUSINS, & IRONS, LLP
AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR**

Upon consideration of the *Debtor's Application for Approval to Employ Thomson Coe, Cousins, & Irons, LLP as Special Litigation Counsel to the Debtor* (the "Application") concerning the retention of Curtis | Castillo PC (the "Firm"), and in consideration of the Declaration of Gary L. Pates attached as Exhibit A to the Application, the Court finds and concludes that employment of the Firm as special litigation counsel for Todd Meagher (the "Debtor") is appropriate and should be approved, and the Court further finds and concludes that immediate retention of the Firm is in the best interests of the Debtor and the estate, is necessary for the administration of the Debtor's Chapter 11 case, and is reasonable and well within the Debtor's business judgment.

**IT IS THEREFORE ORDERED THAT** the Application and all relief requested therein hereby is GRANTED and APPROVED; and it is further

**ORDERED THAT** the Debtor is authorized to employ and retain Thomson Coe, Cousins & Irons, LLC as his special litigation counsel effective as of the date of the filing of the Debtor's petition.