```
Label Matrix for local noticing          Tarrant County                               501 W. Tenth Street
0539-4                                   Linebarger, Goggan, Blair & Sampson, LLP     Fort Worth, TX 76102-3637
Case 20-40208-mxm11                      c/o Laurie A. Spindler
Northern District of Texas               2777 N. Stemmons Fwy Suite 1000
Ft. Worth                                Dallas, TX 75207-2328
Wed Jan 22 12:42:09 CST 2020

CITIBANK                                 California Franchise Tax Board               Gary L. Pate
388 Greenwich Street                     300 South Spring Street                      One Riverway, #1400
New York, NY 10013-2362                  Suite 5704                                   Houston, TX 77056-1988
                                         Los Angeles, CA 90013-1265

HEB Grocery Company, LP                  Karen Tripp                                  Not Just Patents LLC
646 S. Flores St.                        P.O. Box 1301                                c/o Wendy Peterson
San Antonio, TX 78204-1219               Houston, TX 77251-1301                       1248 Victoria St. N.
                                                                                      Saint Paul, MN 55117-4033

PHH Mortgage Services                    Pirkey Barber PLLC                           Tarrant County
P.O. Box 66002                           600 Congress Avenue, Suite 2120              LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
Lawrence Township, NJ 08648-6002         Austin, TX 78701-2973                        2777 N. Stemmons Freeway
                                                                                      Suite 1000
                                                                                      DALLAS, TX 75207-2328

Tarrant County                           Thompson Coe Cousins & Irons LLP             United States Trustee
Linebarger, Goggan, Blair & Sampson, LLP One Riverway                                 1100 Commerce Street
c/o Laurie A. Spindler                   Suite 1400                                   Room 976
2777 N. Stemmons Freeway Suite 1000      Houston, TX 77056-1988                       Dallas, TX 75242-0996
Dallas, TX 75207-2328

Vinson & Elkins LLP                      Mark A. Castillo                             Robert Coleman Rowe
c/o Jason M. Powers                      Curtis Castillo PC                           Curtis Castillo, P.C.
1001 Fannin St.                          901 Main Street, Suite 6515                  901 Main Street, Suite 6515
Ste. 2500                                Dallas, TX 75202-3782                        Dallas, TX 75202-3782
Houston, TX 77002-6760

Stephanie Diane Curtis                   Todd Meagher                                 End of Label Matrix
Curtis Castillo PC                       2101 Legacy Court                            Mailable recipients    19
901 Main Street, Suite 6515              Keller, TX 76248-8449                        Bypassed recipients     0
Dallas, TX 75202-3782                                                                 Total                  19
```