IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER, | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Bankruptcy Court has set a hearing on *Debtor's Application for Approval to Employ Curtis | Castillo PC as Bankruptcy Counsel and Debtor's Application for Approval to Employ Thomson Coe, Cousins, & Irons, LLP as Special Litigation Counsel* for **February 27, 2020 at 1:30 p.m.** at Eldon B. Mahon U.S. Courthouse, 501 W. 10th St., Fort Worth, TX 76102.

Dated: January 22, 2020

Respectfully submitted,

*/s/ Mark A. Castillo*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
      rrowe@curtislaw.net

PROPOSED COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on January 22, 2020, a true and correct copy of the foregoing document was served on all parties receiving ECF notification and by first-class mail, postage prepaid, upon each of the parties listed on the attached mailing list, which is the entire creditor matrix in this case.

      */s/ Robert C. Rowe*
Robert C. Rowe