# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** § | | **CHAPTER 11** |
| § | | |
| **TODD MEAGHER** § | | **CASE NO. 20-40208-11** |
| § | | |
| **DEBTOR.** § | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on January 22, 2020, copies of the Creditors' Meeting Notice [Docket No. 8] was served via the Court's CM/ECF system, or otherwise by first class mail, postage prepaid, to each of the parties on the attached service list.

Dated: January 23, 2020

Respectfully submitted,

*/s/ Robert R. Rowe*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
rrowe@curtislaw.net

PROPOSED COUNSEL FOR DEBTOR IN POSSESSION