**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **TODD MEAGHER** | § | **CASE NO. 20-40208-11** |
| | § | |
| **DEBTOR.** | § | |

**ORDER APPROVING DEBTOR'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS**

The Court, upon consideration of the Debtor's *Unopposed Motion for Extension of Time to File Schedules and Statements of Financial Affairs* (the "Motion") concerning an extension of fourteen (14) days for Todd Meagher, the Debtor, to complete and file his Schedules and Statements[1] finds and concludes that an extension until **February 12, 2020** is appropriate and should be approved.

**ORDERED,** that the Motion and all relief requested therein is granted.

# # # END OF ORDER # # #

---

[1] All capitalized terms shall have the meaning attributed to those terms within the Motion unless otherwise defined within this Order.

**ORDER APPROVING DEBTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**     **SOLO PAGE**