

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 30, 2020**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING DEBTOR'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

The Court, upon consideration of the Debtor's *Unopposed Motion for Extension of Time to File Schedules and Statements of Financial Affairs* (the "Motion") concerning an extension of fourteen (14) days for Todd Meagher, the Debtor, to complete and file his Schedules and Statements[1] finds and concludes that an extension until **February 12, 2020** is appropriate and should be approved.

**ORDERED,** that the Motion and all relief requested therein is granted.

# # # END OF ORDER # # #

---

[1] All capitalized terms shall have the meaning attributed to those terms within the Motion unless otherwise defined within this Order.