IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| TODD MEAGHER | § § | Case No. 20-40208-mxm11 |
| Debtor. | § § | |

**ORDER GRANTING HEB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH PRE-PETITION CLAIMS FOR INJUNCTIVE RELIEF**

Before the Court is the Motion of HEB Grocery Company, LP ("*HEB*") pursuant to 11 U.S.C. § 362(d) for Relief from the Automatic Stay to Proceed with Pre-Petition Claims for Injunctive Relief ("*Motion*"). This Court, having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G), has considered the Motion and the Declaration of Jason M. Powers in support of the Motion. This Court, having found that appropriate notice of the Motion was given and after due deliberation, concludes that the legal and factual bases set forth in the Motion establish just cause for the relief requested by HEB therein.

Accordingly, it is **HEREBY ORDERED THAT**:

    The Motion is **GRANTED**.

    HEB Grocery Company, LP may continue with litigation against Debtor Todd Meagher pending in the United States District Court for the Southern District of Texas (Houston Division), Case No. 4:17-cv-02810.

### ### END OF ORDER ###

VINSON & ELKINS LLP
Jason M. Powers (SB# 24007867)
Allison L. Fuller (SB# 24087547)
1001 Fannin Street, Suite 2500
Houston, TX  77002
Telephone:  (713) 758-2522
Facsimile:  (713) 615-5809
Email: jpowers@velaw.com
Email: afuller@velaw.com

Rebecca L. Petereit (SB# 24062776)
Matthew D. Struble (SB# 24102544)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone:  (214) 220-7700
Facsimile:  (214) 220-7716
Email: rpetereit@velaw.com
Email: mstruble@velaw.com


PIRKEY BARBER PLLC
Louis T. Pirkey (SB# 16033000)
Travis R. Wimberly (SB# 24075292)
Tyson D. Smith (SB# 24079362)
1801 East 6th Street, Suite 300
Austin, TX  78702
Telephone:  (512) 322-5200
Facsimile:  (512) 322-5201
Email: lpirkey@pirkeybarber.com
Email: twimberly@pirkeybarber.com
Email: tsmith@pirkeybarber.com