| | |
|---|---|
| VINSON & ELKINS LLP | PIRKEY BARBER PLLC |
| Jason M. Powers (SB# 24007867) | Louis T. Pirkey (SB# 16033000) |
| Allison L. Fuller (SB# 24087547) | Travis R. Wimberly (SB# 24075292) |
| 1001 Fannin Street, Suite 2500 | Tyson D. Smith (SB# 24079362) |
| Houston, TX 77002 | 1801 East 6th Street, Suite 300 |
| Telephone: (713) 758-2522 | Austin, TX 78702 |
| Facsimile: (713) 615-5809 | Telephone: (512) 322-5200 |
| Email: jpowers@velaw.com | Facsimile: (512) 322-5201 |
| Email: afuller@velaw.com | Email: lpirkey@pirkeybarber.com |
| | Email: twimberly@pirkeybarber.com |
| Rebecca L. Petereit (SB# 24062776) | Email: tsmith@pirkeybarber.com |
| Matthew D. Struble (SB# 24102544) | |
| Trammell Crow Center | |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | |
| Telephone: (214) 220-7700 | |
| Facsimile: (214) 220-7716 | |
| Email: rpetereit@velaw.com | |
| Email: mstruble@velaw.com | |

ATTORNEYS FOR HEB GROCERY COMPANY, LP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TODD MEAGHER | § | Case No. 20-40208-mxm11 |
| | § | |
| Debtor. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Bankruptcy Court has set a hearing on *HEB Grocery Company, LP's Motion for Relief from the Automatic Stay to Proceed with Pre-Petition Claims for Injunctive Relief* (Dkt. 22) for **Wednesday, March 4, 2020** at 9:30 a.m. at Eldon B. Mahon U.S. Courthouse at 501 W. 10th Street, Fort Worth, TX 76102 in Room 128.

Respectfully submitted,

| | |
|---|---|
| */s/ Rebecca L. Petereit* | /s/ *Louis T. Pirkey* |
| VINSON & ELKINS LLP | PIRKEY BARBER PLLC |
| Jason M. Powers | Louis T. Pirkey |
| State Bar No. 24007867 | State Bar No. 16033000 |
| Allison L. Fuller | Travis R. Wimberly |
| State Bar No. 24087547 | State Bar No. 24075292 |
| 1001 Fannin Street, Suite 2500 | Tyson D. Smith |
| Houston, TX 77002 | State Bar No. 24079362 |
| Telephone: (713) 758-2522 | 1801 East 6th Street, Suite 300 |
| Facsimile: (713) 615-5809 | Austin, TX 78702 |
| jpowers@velaw.com | Telephone: (512) 322-5200 |
| afuller@velaw.com | Facsimile: (512) 322-5201 |
| | lpirkey@pirkeybarber.com |
| Rebecca L. Petereit | twimberly@pirkeybarber.com |
| State Bar No. 24062776 | tsmith@pirkeybarber.com |
| Matthew D. Struble | |
| State Bar No. 24102544 | |
| Trammell Crow Center | |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | |
| Telephone: (214) 220-7700 | |
| Facsimile: (214) 220-7716 | |
| rpetereit@velaw.com | |
| mstruble@velaw.com | |

***Attorneys for HEB Grocery Company, LP***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, a true and correct copy of the foregoing was served on all parties entitled to service, including the entire creditor matrix in this case, via this Court's Electronic Filing System, or otherwise by first class mail.


                                                   */s/ Matthew D. Struble*
                                                 Matthew D. Struble