# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| TODD MEAGHER, § | |
| § | Case No. 20-40208-mxm11 |
| Debtor. § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby files this Notice of Appearance and Request for Service and Notice ("***Notice of Appearance***") on behalf of HEB Grocery Company, LP ("***HEB***"), party in interest in the above-captioned chapter 11 case, and pursuant to sections 342 and 1109(b) (if applicable) of Title 11 of the United States Code (the "***Bankruptcy Code***"), Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and the Local Rules of the United States Bankruptcy Court for the Northern District of Texas (the "***Local Rules***"), requests that all notices in this chapter 11 case be given to and served upon the following:

> Allison L. Fuller
> **VINSON & ELKINS LLP**
> 1001 Fannin Street, Suite 2500
> Houston, Texas 77002
> Tel: 713.758.2522
> Fax: 713.615.5809
> afuller@velaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, the Local Rules, and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleading or request,

US 6919718v.1

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to this chapter 11 case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that HEB does not consent to or waive any rights, claims, actions, or defenses through the filing and service of this Notice of Appearance with respect to jurisdiction under the Bankruptcy Code, and strictly reserves such rights, including (a) the right to trial by jury in any proceeding triable in this chapter 11 case or any case, controversy or proceeding related to the chapter 11 case, (b) the right to have final orders in non-core matters entered only with *de novo* review by the United States District Court for the Northern District of Texas (the "***District Court***"), and (c) the right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

US 6919718v.1

Dated: February 13, 2020

                Respectfully submitted,

                */s/ Allison L. Fuller*

                VINSON & ELKINS LLP
                Jason M. Powers
                State Bar No. 24007867
                Allison L. Fuller
                State Bar No. 24087547
                1001 Fannin Street, Suite 2500
                Houston, TX 77002
                Telephone: (713) 758-2522
                Facsimile: (713) 615-5809
                jpowers@velaw.com
                afuller@velaw.com

                Rebecca L. Petereit
                State Bar No. 24062776
                Matthew D. Struble
                State Bar No. 24102544
                Trammell Crow Center
                2001 Ross Avenue, Suite 3700
                Dallas, Texas 75201
                Telephone: (214) 220-7700
                Facsimile: (214) 220-7716
                rpetereit@velaw.com
                mstruble@velaw.com

                ***Attorneys for HEB Grocery Company, LP***

## CERTIFICATE OF SERVICE

      I certify that on February 13, 2020, a true and correct copy of the foregoing was served by the Electronic Case Filing system for the United States Bankruptcy Court for the Northern District of Texas on those parties that have consented to such service.

                */s/ Matthew D. Struble*
                One of Counsel

US 6919718v.1