**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO. 20-40208-mxm11 |
| TODD MEAGHER<br>**DEBTOR** | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take notice that the undersigned firm of attorneys is appearing on behalf of the following party in the above referenced bankruptcy case:

**Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2, its successors and assigns, regarding Loan No. xxxxxx9839, regarding real estate located at 2101 LEGACY COURT, KELLER, TX 76248.**

This party is a party in interest in this case and a secured creditor of the Debtor.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

    Respectfully submitted,
    *Codilis & Moody, P.C.*

    By: /s/ Lakia' S. McCline
    Nicole Bartee SBOT#24001674
    Lakia' S. McCline SBOT#24093485
    Lakia.McCline@tx.cslegal.com
    400 N. Sam Houston Pkwy E, Suite 900A
    Houston, TX 77060
    Telephone: (281) 925-5200
    Facsimile: (281) 925-5300
    **ATTORNEYS FOR SECURED CREDITOR**
    44-20-0465

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 02/18/2020, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on 02/19/2020 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

TODD MEAGHER
2101 LEGACY COURT
KELLER, TX 76248
**DEBTOR**

MARK A. CASTILLO
901 MAIN STREET, SUITE 6515
DALLAS, TX 75202
**ATTORNEY FOR DEBTOR**

UNITED STATES TRUSTEE
1100 COMMERCE STREET ROOM 976
DALLAS, TX 75202
**CHAPTER 11 TRUSTEE**

**PARTIES REQUESTING NOTICE**

Tarrant County
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

HEB Grocery Company, LP
c/o Allison L. Fuller
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

                                              Respectfully submitted,
                                              ***Codilis & Moody, P.C.***

                                              /s/ Lakia' S. McCline
                                              Nicole Bartee SBOT#24001674
                                              Lakia' S. McCline SBOT#24093485
                                              Lakia.McCline@tx.cslegal.com
                                              **ATTORNEYS FOR SECURED CREDITOR**
                                              44-20-0465

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.