**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § § | **Chapter 11** |
| **Todd Meagher** | § § | **Case No. 20-40208-mxm11** |
| 2101 Legacy Court<br>Keller, Tx 76248 | § § § | |
| Debtor. | § § | |

**CERTIFICATE OF NO OBJECTION TO:
DEBTOR'S APPLICATIONS FOR APPROVAL TO EMPLOY CURTIS | CASTILLO PC
AS BANKRUPTCY COUNSEL AND TO EMPLOY THOMPSON COE, COUSINS, &
IRONS, LLP AS SPECIAL LITIGATION COUNSEL**

**[Relates to Docket Nos. 16 and 17]**

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Todd Meagher (the "Debtor"), and files this *Certificate of No Objection* (the "Certificate") regarding the Debtor's *Application for Approval to Employ Curtis | Castillo PC as Bankruptcy Counsel* and Debtor's *Application for Approval to Employ Thompson Coe, Cousins, & Irons, LLP as Special Litigation Counsel* (the "Motions") filed and served on January 22, 2020 **(Docket No. 16 and 17)**. The deadline to file a response or objection to the Motions was February 17, 2020. As of the filing of this Certificate, no response, objection, or request for hearing regarding the Motions has been filed with the Court or received by the Debtor.

Dated: February 17, 2020

Respectfully submitted,

*/s/ Robert R. Rowe*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
        rrowe@curtislaw.net

PROPOSED COUNSEL
FOR DEBTOR IN POSSESSION