

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 25, 2020**

*/s/ Mark X. Mullin*
_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

**ORDER APPROVING DEBTOR'S APPLICATION FOR APPROVAL TO EMPLOY**
**CURTIS | CASTILLO PC AS COUNSEL FOR THE DEBTOR**

     Upon consideration of the *Debtor's Application for Approval to Employ Curtis | Castillo PC as Counsel for the Debtor* (the "Application") concerning the retention of Curtis | Castillo PC (the "Firm"), and in consideration of the Declaration of Mark A. Castillo attached as Exhibit A to the Application, the Court finds and concludes that due notice was given, no objection to the Application was filed, the Firm is disinterested as required by 11 U.S.C. § 101(14) and 327(a), and the employment of the Firm as counsel for Todd Meagher (the "Debtor") is appropriate and should be approved, The Court further finds and concludes that immediate retention of the Firm is in the best interests of the Debtor and the estate, is necessary for the administration of the Debtor's Chapter 11 case, and is reasonable and well within the Debtor's business judgment.

**IT IS THEREFORE ORDERED THAT** the Application and all relief requested therein hereby is GRANTED and APPROVED; and it is further

**ORDERED THAT** the Debtor is authorized to employ and retain Curtis | Castillo PC as its counsel in this Chapter 11 case effective as of the date of the filing of the Debtor's petition.

###End of Order###