## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **TODD MEAGHER,** | § | **Chapter 11** |
| | § | **Case No. 20-40208-11** |
| DEBTOR. | § | |

## CURTIS | CASTILLO PC'S MOTION FOR DISTRIBUTION
## OF PREPETITION RETAINER UNDER LOCAL RULE 2016-1(b)
## FOR THE PERIOD FROM JANUARY 15, 2020 THROUGH FEBRUARY 19, 2020

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE ELDON B. MAHON U.S. COURTHOUSE AT 501 W. 10TH ST, ROOM 147, FORT WORTH, TEXAS 76102-3643 BEFORE CLOSE OF BUSINESS ON MARCH 12, 2020, WHICH IS AT LEAST FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY OBJECTION MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF AN OBJECTION IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO OBJECTION ON SUCH MOTION IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THIS LAW FIRM WILL PROVISIONALLY WITHDRAW FUNDS FROM ITS RETAINER AS DESCRIBED IN THE ATTACHED STATEMENT.**

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

Curtis | Castillo PC (the "Firm"), counsel for Todd Meagher, the above-captioned Debtor-in-Possession (the "Debtor"), files this, its *Motion for Distribution of Prepetition Retainer under Local Rule 2016-1(b) for the Period From January 15, 2020 through February 19, 2020* (the "Motion"), and in support thereof shows the following:

1.    On January 15, 2020 (the "Petition Date"), the Debtor commenced this bankruptcy

case (the "<u>Bankruptcy Case</u>") by filing a Voluntary Petition for Relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "<u>Bankruptcy Code</u>"). The Debtor continues to manage its estate as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or official committee has been appointed in the Bankruptcy Case.

2.      On February 25, 2020, this Court entered its Order authorizing the employment of the Firm. *See* Dkt. No. 30.

3.      The Firm began representing the Debtor on January 15, 2020 and has provided professional services on behalf of the Debtor in the Bankruptcy Case.

4.      On January 15, 2020, prior to filing of his petition, the Debtor provided the Firm with a prepetition retainer in the amount of $27,717.00, which included the $1,717.00 fee for filing of his voluntary petition. The prepetition retainer was remitted as a prepayment for future services to be provided and expenses to be incurred by the Firm and is only to be drawn upon post-petition in compliance with the Bankruptcy Code and applicable rules and guidelines of the Northern District of Texas, Fort Worth Division for payment of fees and costs. As of the Petition Date the Firm's IOLTA contains a remainder of $21,718.20 (the "<u>Retainer</u>").

5.      A description of the services rendered, time spent, hourly rates charged, and names of attorneys performing the services is attached as **<u>Exhibit A</u>** and incorporated herein by reference.

6.      As set forth in Exhibit A, the total gross professional time is 41.70 hours for the period from January 15, 2020 through February 19, 2020, with a blended rate of $305.00 per hour.

7.      The Firm requests entry of an order pursuant to Local Rule 2016-1(b), in the form attached hereto, and incorporated herein by reference, authorizing the Firm to withdraw the remaining Retainer for reasonable and necessary attorneys' fees and for actual and necessary

expenses for the period from January 15, 2020 through February 19, 2020.  The Debtor approves this request.

   **WHEREFORE, PREMISES CONSIDERED**, the Firm prays that it be permitted to transfer the Retainer from its trust account toward payment of professional fees and actual and necessary expenses for the period January 15, 2020 through February 19, 2020.

Dated: February 27, 2020.       Respectfully submitted,

         */s/Robert C. Rowe*
         Mark A. Castillo
         Texas State Bar No. 24027795
         Robert C. Rowe
         Texas State Bar No. 24086253
         CURTIS | CASTILLO PC
         901 Main Street, Suite 6515
         Dallas, Texas 75202
         Telephone: 214.752.2222
         Facsimile: 214.752.0709
         Email: mcastillo@curtislaw.net
            rrowe@curtislaw.net

         **COUNSEL FOR
DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

    This is to certify that, on February 27, 2020, a true and correct copy of the foregoing document was served by the Court's ECF email system, separate email, or otherwise by first class mail, postage prepaid to the Debtor, all creditors, the United States Trustee, all parties on the current mailing matrix and all parties requesting notice of pleadings.

         */s/Robert C. Rowe*
         Robert C. Rowe