

**Bank of America Plaza**
**901 Main Street, Suite 6515**
**Dallas, Texas 75202**
**Tax ID #: 76-0762764**

**EXHIBIT A**

Todd Meagher
2101 Legacy Court
Keller, TX 76248

February 19, 2020

| | | |
|---|---|---|
| Re: | Chapter 11 Reorganization | |
| | Payable only upon order of the Court | |
| Matter #: | 10326 | |
| Invoice #: | 27884 | |

**PROFESSIONAL SERVICES:**

| Date | Atty/Task | Description | Hours | Amount |
|---|---|---|---|---|
| 1/16/2020 | RCR B80 | Review client's Suggestion of Bankruptcy and confer with M. Castillo and S. Curtis regarding same. | 0.20 | 50.00 |
| | RCR B10 | Email client advising ▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 25.00 |
| | RCR B10 | Brief Atty - Declaration regarding small business debtor documents with the Court. | 0.10 | 25.00 |
| | RCR B10 | Confer with C. Harbin on case strategy. | 0.30 | 75.00 |
| | MC B130 | Discussion with S. Curtis regarding ▉▉▉▉▉▉▉▉▉▉ | 0.10 | 49.50 |
| | MC B10 | Brief atty initial filing obligations. | 0.20 | 99.00 |

Todd Meagher                                                                                        Page      2

|            |              |                                                                                                                                                   | Hours | Amount |
|------------|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 1/17/2020  | MC B10       | Brief attention to filings and direction to R. Rowe on service of 341 and finalizing and filing employment application on Monday.                 | 0.20  | 99.00  |
|            | RCR B10      | Email correspondence with US Trustee regarding Initial Debtor Interview; confer with client on rescheduling same.                                 | 0.10  | 25.00  |
|            | RCR B30      | Email client to request information for completion of schedules and statements.                                                                   | 0.10  | 25.00  |
|            | MC B130      | C                                                              arding ▮▮▮                                                                           | 0.40  | 198.00 |
|            | MC B40       | Respond to first-day inquiry from U.S. Trustee                                                                                                    | 0.10  | 49.50  |
| 1/20/2020  | RCR B10      | Review client bankruptcy documents and call client to discuss case strategy.                                                                      | 0.40  | 100.00 |
|            | CLH B130     | Discussion of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                                     | 0.50  | 175.00 |
|            | CLH B90      | Task clerk with research regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                                                                  | 0.50  | 175.00 |
|            | MC B40       | Direction to R. Rowe regarding 341 notice and timing of upcoming filings.                                                                         | 0.10  | 49.50  |
|            | MC B130      | Brief discussion and emails with C. Harbin regarding ▮▮▮▮▮                                                                                         | 0.20  | 99.00  |
| 1/21/2020  | MC B10       | Follow up with/ R Rowe regarding: case obligations                                                                                                | 0.20  | 99.00  |
|            | MC B110      | Final review and edit to app to employ Curtis | Castillo PC, supporting declaration, proposed order, and Notice of hearing (.7); review and comment on app to employ special litigation counsel (.3). | 1.00  | 495.00 |
|            | CLH B110     | Draft Application to employ special counsel. (1.4); Draft Proposed Order (.5); Review and revise declaration in support (.4)                      | 2.30  | 805.00 |

Todd Meagher                                                                                                Page    3

|            |              | | Hours | Amount |
|------------|--------------|---|-------|--------|
| 1/21/2020  | RCR B90      | Confer with law clerks and C. Harbin regarding research issues for ▮▮▮▮▮ | 0.20 | 50.00 |
|            | RCR B110     | Confer with C. Harbin on applications to employ counsel (.1); provide instruction to law clerks on creditors' meeting and employment application mailings (.1). | 0.20 | 50.00 |
|            | RCR B30      | Review client's bankruptcy forms and email client with comments and requests for supplemental information (.2); begin drafting schedules and statements using client information (.3). | 0.50 | 125.00 |
|            | LC B90       | Research and draft Memorandum and proper procedure of ▮▮▮▮▮ (1.5 hrs No Charge) | 2.00 | 250.00 |
|            | RCR B30      | Confer with client on ▮▮▮▮▮ | 0.20 | 50.00 |
|            | RCR B10      | Telephone call and email to court deputy regarding small business debtor documents. | 0.10 | 25.00 |
|            | RCR B10      | Finalize declarations in lieu of SBD Documents. | 0.10 | 25.00 |
| 1/22/2020  | MC B110      | Brief attention to retention of special litigation counsel and direction to R. Rowe on timing given expected additional creditors from Debtor. | 0.20 | 99.00 |
|            | RCR B10      | Follow up email to US Trustee regarding rescheduling Initial Debtor Interview. | 0.10 | 25.00 |
|            | CLH B110     | Review and finalize Motion to Employ Special Litigation Counsel and Declaration in Support and transmit to client for review. | 0.60 | 210.00 |
|            | MC B40       | Return call to U.S. Trustee regarding case overview. | 0.10 | 49.50 |
|            | RCR B110     | Fiinalize Applications to Employ Curtis Castillo and Gary Pate (.4); ensure service of creditors' meeting notice and employment applications (.4); draft certificate of service for meeting notice and employment applications (.2). | 1.00 | 250.00 |

Todd Meagher                                                                                                         Page    4

|            |            |                                                                                                                             | Hours | Amount |
|------------|------------|-----------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 1/23/2020  | MC B40     | Review case summary information from R. Rowe (.2); return call to L. Young (left detailed vmail) (.1).                      | 0.30  | 148.50 |
|            | RCR B10    | Provide instruction to law clerks on drafting certificates of service and approve same.                                     | 0.30  | 75.00  |
|            | RCR B40    | Prepare case primer to assist on US Trustee and credit queries.                                                             | 0.90  | 225.00 |
|            | RCR B30    | Review new client materials for and incorporate into schedules and statements (1.0); Skype call with client to discuss same (.5). | 1.50  | 375.00 |
| 1/24/2020  | RCR B30    | Emails with client regarding Frost Bank loan payoff; confer with M. Castillo regarding same.                                | 0.20  | 50.00  |
|            | RCR B10    | Research ███████████████████████████████████████                                                                            | 0.30  | 75.00  |
|            | MC B60     | Discuss Debtor's ██████████████ with R. Rowe.                                                                               | 0.10  | 49.50  |
|            | RCR B30    | Request CLEAR Report on client for additional information to complete schedules and statements.                             | 0.20  | 50.00  |
| 1/27/2020  | RCR B30    | Continue drafting schedules and statements using client documents, credit and CLEAR reports.                                | 0.40  | 100.00 |
|            | MC B30     | Direction to R. Rowe regarding schedules extension.                                                                         | 0.10  | 49.50  |
|            | RCR B30    | Telephone call to US Trustee to confer on extension of time to file schedules and statements.                               | 0.10  | 25.00  |
|            | LC B90     | R ███████████████████████████████████████ (1.0 hrs No Charge)                                                               | 1.50  | 187.50 |
| 1/28/2020  | MC B10     | Follow-up with R. Rowe regarding impending initial case deadlines (.3); brief review and comment on motion for more time on schedules etc. (.2). | 0.50  | 247.50 |

Todd Meagher                                                                                         Page    5

|            |            |                                                                                                                                                                                                                                                                   | Hours | Amount |
|------------|------------|---|---|---|
| 1/28/2020  | RCR B30    | Review and revise Motion and Order for Extension of Time to File Schedules and Statement of Financial Affairs (.7); request court deputy authorization to upload order for entry (.1). | 0.80 | 200.00 |
| 1/29/2020  | MC B30     | Check with R. Rowe regarding status of order on schedule extension. | 0.10 | 49.50 |
|            | RCR B30    | Email courtroom deputy; upload order for extension of schedules deadline pursuant to deputy instructions. | 0.10 | 25.00 |
| 1/30/2020  | RCR B10    | Review client email; respond via email with explanation of Chapter 11 dismissal rules and confirm new schedules/statements deadline. | 0.30 | 75.00 |
|            | MC B130    | Attention to email correspondence from litigation counsel regarding ███████████████████. | 0.20 | 99.00 |
| 1/31/2020  | MC B10     | Provide case deadlines update to T. Meagher and team. | 0.10 | 49.50 |
| 2/3/2020   | MC B10     | Brief atty case calendar and upcoming Initial Debtor Interview and early case events | 0.10 | 49.50 |
|            | LC B90     | Draft Memorandum ███████████████████████████, ███████████████████████████████████████ (1.5 hrs No Charge) | 1.50 | 187.50 |
| 2/4/2020   | RCR B10    | Compile initial debtor interview materials and draft instructional primer for client to review before tomorrow's meeting (.5); confirm telephonic Initial Debtor Interview and circulate call-in instructions (.1); review and reply to client email regarding Initial Debtor Interview format and his obligations as Debtor in Possession (.2) | 0.80 | 200.00 |
|            | RCR B10    | Review and complete Initial Debtor Interview forms including case worksheet for trustee's review. | 0.40 | 100.00 |
|            | RCR B40    | Telephone call with client to discuss ████████████████████████ ██████████████████ (1.0); telephone call to mortgage company (.4); draft PHH's authorization to communicate with client regarding account information and fax to PHH (.2). | 1.60 | 400.00 |

Todd Meagher                                                                                         Page    6

|            |            |                                                                                                                                                                       | Hours | Amount |
|------------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/5/2020   | RCR B10    | Prepare for and conduct conference call with client and US Trustee for Initial Debtor Interview (1.0); email client with followup information (.2); complete pension information form and submit to Trustee (.2). | 1.40  | 350.00 |
| 2/6/2020   | MC B115    | Brief direction to R. Rowe regarding first draw-down motion.                                                                                                          | 0.30  | 148.50 |
| 2/10/2020  | RCR B115   | Revise Motion and Order for Draw Down on Retainer.                                                                                                                    | 0.40  | 100.00 |
|            | RCR B30    | Continue preparing Schedules A through I and Statement of Financial Affairs.                                                                                          | 0.20  | 50.00  |
| 2/11/2020  | RCR B30    | Further revisions to Schedules and Statements.                                                                                                                        | 2.20  | 550.00 |
| 2/12/2020  | RCR B110   | Telephone call with Gary Pate (.1); email client regarding same (.1).                                                                                                 | 0.20  | 50.00  |
|            | MC B80     | Attention to query from creditor on lifting stay to proceed with litigation (.1); check on timing of removal/transfer with lead counsel (.2).                         | 0.30  | 148.50 |
|            | LC B30     | Assist R. Rowe complete Bankruptcy Schedules by searching PTO ███████████████                                                                                         | 0.20  | 25.00  |
|            | MC B30     | Brief review of schedules and Statement of Financial Affairs for direction to R. Rowe.                                                                                | 0.80  | 396.00 |
|            | RCR B30    | Continue revising schedules and Statement of Financial Affairs (2.0); confer with client and M. Castillo regarding same (.3); finalize all schedules and Statement of Financial Affairs (.5). | 2.80  | 700.00 |
| 2/13/2020  | RCR B10    | Multiple emails to client regarding case scheduling and administration.                                                                                               | 0.20  | 50.00  |
| 2/16/2020  | MC B100    | Weekend email from and to T. Meagher regarding overall structure of plan.                                                                                             | 0.10  | 49.50  |

Todd Meagher                                                                                                      Page      7

|            |            |                                                                                                                                                                                                                                                                                                                                                               | Hours | Amount   |
|------------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 2/16/2020  | MC B130    | Weekend email from and to T. Meagher regarding ▮▮▮▮▮▮▮▮▮ ▮▮▮▮                                                                                                                                                                                                                                                                                                               | 0.10  | 49.50    |
| 2/17/2020  | MC B110    | Direction to R. Rowe regarding retention orders.                                                                                                                                                                                                                                                                                                                            | 0.10  | 49.50    |
|            | LC B105    | Draft certificate of no objection to applications to employ Curtis Castillo and special counsel.                                                                                                                                                                                                                                                                            | 0.50  | 62.50    |
| 2/18/2020  | MC B10     | Brief attention to email correspondence with T. Meagher regarding next steps (.1); follow-up with R. Rowe and staff regarding Certificate of Service of 341 notice (.1) and motion to draw down prepet retainer (.1).                                                                                                                                                       | 0.30  | 148.50   |
|            | RCR B10    | Verify certificates of service were sent to creditors list and update M. Castillo regarding same.                                                                                                                                                                                                                                                                           | 0.10  | 25.00    |
|            | MC B90     | B▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Harbin regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ briefly review emails from T. Meagher to prepare for tomorrow's strategy call.                                                                                                                                                                                                                         | 0.40  | 198.00   |
| 2/19/2020  | RCR B10    | Revise and finalize certificates of no objection to retention applications.                                                                                                                                                                                                                                                                                                 | 0.40  | 100.00   |
|            | RCR B90    | Review Motion to Lift Stay (.3); review client's draft pleading prior to conference call (.2); attend 2pm conference call with client and special counsel G. Pate and M. Castillo (1.2).                                                                                                                                                                                    | 1.70  | 425.00   |
|            | MC B90     | Review Motion for relief from automatic stay and draft response from Debtor and consider issues for response (1.0); prepare and send agenda for 2pm strategy call to R. Rowe and lead counsel (.2); participate in stratgey call with Debtor, C. Harbin (for trademark background) and R. Rowe (for pleading implementation) (.9); consider next steps and post-conference with C. Harbin and R. Rowe regarding next steps (.6). | 2.70  | 1,336.50 |
|            | CLH B90    | Review draft of lift-stay respond authored by client and discuss internally with M. Castillo and Robert Rowe (.5); participate in strategy conference call with client regarding Motion for relief from automatic stay (1.0).                                                                                                                                               | 1.50  | 525.00   |

Todd Meagher                                                                                           Page    8

|  | Hours | Amount |
|---|---|---|
| *For professional services rendered* | 41.70 | $12,555.50 |

**EXPENSES:**

| | |
|---|---|
| Research expense | 16.00 |
| Research Expense/PACER | 42.30 |
| Postage | 9.90 |
| Postage | 11.20 |
| Duplication Charges | 67.75 |
| *Total expenses* | $147.15 |
| *Total new charges* | $12,702.65 |
| ***Balance Due*** | ***$12,702.65*** |

**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher Harbin - B110 - Professional Retention | 2.90 | 350.00 | $1,015.00 |
| Christopher Harbin - B130 - Asset Sales | 0.50 | 350.00 | $175.00 |
| Christopher Harbin - B90 - Avoidance (Adversary) Actions | 2.00 | 350.00 | $700.00 |
| Law Clerk B105 - Plan and Disclosure Statement Drafting | 0.50 | 125.00 | $62.50 |
| Law Clerk B30 - Schedules/SOFA/Lists | 0.20 | 125.00 | $25.00 |
| Law Clerk B90 - Avoidance (Adversary) Actions | 5.00 | 125.00 | $625.00 |
| Mark Castillo B10 - Case Administration | 1.60 | 495.00 | $792.00 |
| Mark Castillo B100 - Plan & Disclosure Statement Discussions | 0.10 | 495.00 | $49.50 |
| Mark Castillo B110 - Professional Retention | 1.30 | 495.00 | $643.50 |
| Mark Castillo B115 - Professional Payment | 0.30 | 495.00 | $148.50 |
| Mark Castillo B130 - Asset Sales | 1.00 | 495.00 | $495.00 |
| Mark Castillo B30 - Schedules/SOFA/Lists | 1.00 | 495.00 | $495.00 |
| Mark Castillo B40 - Creditor Inquiries/Meetings | 0.60 | 495.00 | $297.00 |
| Mark Castillo B60 - Leases, Executory Contracts, & Utilities | 0.10 | 495.00 | $49.50 |
| Mark Castillo B80 - Litigation (Contested) Matters | 0.30 | 495.00 | $148.50 |
| Mark Castillo B90 - Avoidance (Adversary) Actions | 3.10 | 495.00 | $1,534.50 |
| Robert Rowe B10 - Case Administration | 5.50 | 250.00 | $1,375.00 |
| Robert Rowe B110 - Professional Retention | 1.40 | 250.00 | $350.00 |
| Robert Rowe B115 - Professional Payment | 0.40 | 250.00 | $100.00 |
| Robert Rowe B30 - Schedules, SOFA, Lists | 9.30 | 250.00 | $2,325.00 |
| Robert Rowe B40 - Creditor Inquiries/Meetings | 2.50 | 250.00 | $625.00 |
| Robert Rowe B80 - Litigation (Contested) Matters | 0.20 | 250.00 | $50.00 |
| Robert Rowe B90 - Adversary Avoidance or recovery litigation | 1.90 | 250.00 | $475.00 |

Todd Meagher    Page    9

Payment is **DUE UPON COURT APPROVAL.**
In addition to cash, checks and money orders, we accept payment by American Express, Discover, Visa and Mastercard.  Please call 214.752.2222 to make a payment by credit card.