

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 28, 2020**

_____
**United States Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER, | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

**ORDER APPROVING DEBTOR'S APPLICATION FOR APPROVAL**
**TO EMPLOY THOMPSON COE, COUSINS, & IRONS, LLP**
**AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR**

Upon consideration of the *Debtor's Application for Approval to Employ Thompson Coe, Cousins, & Irons, LLP as Special Litigation Counsel to the Debtor* (the "Application") concerning the retention of Curtis | Castillo PC (the "Firm"), in consideration of the Declaration of Gary L. Pates attached as Exhibit A to the Application, the Court finds and concludes that due notice was given, no objection to the Application was filed, and employment of the Firm as special litigation counsel for Todd Meagher (the "Debtor") is appropriate and should be approved, and the Court further finds and concludes that immediate retention of the Firm is in the best interests of the

Debtor and the estate, is necessary for the administration of the Debtor's Chapter 11 case, and is reasonable and well within the Debtor's business judgment.

**IT IS THEREFORE ORDERED THAT** the Application and all relief requested therein hereby is GRANTED and APPROVED; and it is further

**ORDERED THAT** the Debtor is authorized to employ and retain Thompson Coe, Cousins & Irons, LLP as his special litigation counsel effective as of the date of the filing of the Debtor's petition.

###End of Order###