BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: §
§
§
**Todd Meagher** § Case No.: **20-40208-mxm11**
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐ is the first mail matrix in this case.

☑ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **February 28, 2020**

**Todd Meagher**
Signature of Debtor

**xxx-xx-1536**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

```
Atmos Energy
5430 LBJ Fwy.
Dallas, TX 75240

Cirro Energy
2745 Dallas Pkwy
Ste 200
Plano, TX 75093

City of Keller
1100 Bear Creek Pkwy
Keller, TX 76248

Frontier Communications
401 Merritt 7
Norwalk, CT 06851

GHER Solutions, LLC
950 E. State Highway 114
Suite 160
Southlake, TX 76092

Gordon & Sykes
1320 University Dr.
Suite 806
Fort Worth, TX 76107

Internal Revenue Service
1100 Commerce St.
Room 121
Dallas, TX 75242

Tracy Hyndman
7 Castlebar Place
Alameda, CA 94502
```