JAMES C. GORDON
GORDON & SYKES, LLP
1320 SOUTH UNIVERSITY DRIVE, SUITE 806
FORT WORTH, TEXAS 76107
TELEPHONE: (817) 338-0724
FACSIMILE:  (817) 338-0769
JGORDON@GORDONSYKES.COM
ATTORNEYS FOR GORDON & SYKES, LLP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | CASE NO. 20-40208-mxm11 |
| TODD MEAGHER | § | Chapter 11 |
| | § § | |
| *Debtor.* | § | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS

TO ALL PARTIES:

Please take notice that the undersigned, James C. Gordon, and the law firm of Gordon & Sykes, LLP, appear as counsel for Gordon & Sykes, LLP, a creditor and party-in-interest in this proceeding, pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following address:

James C. Gordon
Gordon & Sykes, LLP
1320 S. University Drive, Ste. 806
Fort Worth, Texas 76107

Please take further notice that the foregoing requests include notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices and any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise.

The undersigned additionally requests that the Debtor, United States Trustee, and the Clerk of the Court place the undersigned attorneys' names and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

Respectfully submitted,

GORDON & SYKES, LLP

/s/ *James C. Gordon*
James C. Gordon
State Bar No. 08200300
1320 South University Dr., Suite 806
Fort Worth, Texas 76107
Telephone: (817) 338-0724
Facsimile: (817) 338-0769
jgordon@gordonsykes.com

Attorneys for Gordon & Sykes, LLP

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was forwarded to and served upon the following parties in interest, either by first class mail, postage prepaid, or by electronic means, as listed on the Court's ECF noticing system, on March 6, 2020.

/s/ *James C. Gordon*
James C. Gordon