



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 11, 2020**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| TODD MEAGHER | § § | Case No. 20-40208-mxm11 |
| Debtor. | § § | |

### ORDER GRANTING IN PART AND DENYING IN PART
### HEB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### TO PROCEED WITH PRE-PETITION CLAIMS FOR INJUNCTIVE RELIEF

Upon *HEB Grocery Company, LP's Motion for Relief from the Automatic Stay to Proceed with Pre-Petition Claims for Injunctive Relief* [Docket No. 22] (the "*Motion*")[1] filed by HEB Grocery Company, LP ("*HEB*") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed with certain pre-petition claims for injunctive relief; and this Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and the

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for granting, in part, and denying, in part, the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, in part.

2. The automatic stay is hereby modified pursuant to section 362(d) of the Bankruptcy Code to allow the United States District Court for the Southern District of Texas (Houston Division) (the "*Southern District Court*") (a) to rule on any summary judgment motions that are currently pending before the Southern District Court in the Southern District Litigation (Case No. 4:17-cv-02810); and (b) to enter a final judgment in the Southern District Litigation if the Southern District Court's ruling on summary judgment motions enables the Southern District Court to do so.

3. HEB and the Debtor have stipulated that motions pending before the Southern District Court include:

    a. Defendants' Motions for Judicial Notice (July 12, 2018, Dkt. 56; Aug. 1, 2018, Dkt. 58; Feb. 11, 2019, Dkt. 154);

    b. Irene Alexis Meagher's Partial Motion for Summary and Declaratory Judgment (March 6, 2019, Dkt. 179);

    c. MyStore, Inc.'s Partial Motion for Summary and Declaratory Judgment (March 7, 2019, Dkt. 180);

    d. Todd Meagher's Partial Motion for Summary and Declaratory Judgment (March 12, 2019, Dkt. 184);

    e. Todd Meagher's Supplementation of the Summary Judgment Record (November 14, 2019, Dkt. 257);

    f. HEB's Motion for Summary Judgment (February 22, 2019, Dkt. 167 and 168); and,

    g. HEB's Motion to Strike Affirmative Defenses (Sept. 21, 2018, Dkt. 80).

4. If the Southern District Court's ruling on summary judgment motions does not result in a final judgment in the Southern District Litigation consistent with this Order, the parties may seek any and all forms of other or further relief as necessary from this Court, including, without limitation, further modification of the automatic stay to permit further proceedings in the Southern District Court.

5. The Motion is **DENIED** as to all other relief requested in the Motion, without prejudice.

# # # END OF ORDER # # #

Submitted by:

**VINSON & ELKINS LLP**

*/s/ Jason M. Powers*
Jason M. Powers (SB# 24007867)
Allison L. Fuller (SB# 24087547)
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone: (713) 758-2522
Facsimile: (713) 615-5809
Email: jpowers@velaw.com
Email: afuller@velaw.com

Rebecca L. Petereit (SB# 24062776)
Matthew D. Struble (SB# 24102544)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: rpetereit@velaw.com
Email: mstruble@velaw.com


**PIRKEY BARBER PLLC**

Louis T. Pirkey (SB# 16033000)
Travis R. Wimberly (SB# 24075292)
Tyson D. Smith (SB# 24079362)
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
Email: lpirkey@pirkeybarber.com
Email: twimberly@pirkeybarber.com
Email: tsmith@pirkeybarber.com

*Co-Counsel to HEB Grocery Company, LP*

**AGREED AS TO FORM:**

THOMPSON COE COUSINS & IRONS, L.L.P.

*/s/ Gary L. Pate*
Gary L. Pate
Federal I.D. 29713
One Riverway, Suite 1400
Houston, Texas 77056
713-358-6779 (Telephone)
713-403-8299 (Facsimile)
gpate@thompsoncoe.com
ATTORNEY FOR DEBTOR
TODD MEAGHER

CURTIS | CASTILLO PC

*/s/ Mark A. Castillo*
Mark A. Castillo
Texas State Bar No. 24027795
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
BANKRUPTCY COUNSEL
FOR DEBTOR-IN-POSSESSION