


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed March 11, 2020

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| TODD MEAGHER | § § | Case No. 20-40208-mxm11 |
| Debtor. | § § | |

### ORDER GRANTING IN PART AND DENYING IN PART
### HEB'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### TO PROCEED WITH PRE-PETITION CLAIMS FOR INJUNCTIVE RELIEF

Upon *HEB Grocery Company, LP's Motion for Relief from the Automatic Stay to Proceed with Pre-Petition Claims for Injunctive Relief* [Docket No. 22] (the "*Motion*")[1] filed by HEB Grocery Company, LP ("*HEB*") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed with certain pre-petition claims for injunctive relief; and this Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); and the

___

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for granting, in part, and denying, in part, the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**, in part.

2. The automatic stay is hereby modified pursuant to section 362(d) of the Bankruptcy Code to allow the United States District Court for the Southern District of Texas (Houston Division) (the "*Southern District Court*") (a) to rule on any summary judgment motions that are currently pending before the Southern District Court in the Southern District Litigation (Case No. 4:17-cv-02810); and (b) to enter a final judgment in the Southern District Litigation if the Southern District Court's ruling on summary judgment motions enables the Southern District Court to do so.

3. HEB and the Debtor have stipulated that motions pending before the Southern District Court include:

    a. Defendants' Motions for Judicial Notice (July 12, 2018, Dkt. 56; Aug. 1, 2018, Dkt. 58; Feb. 11, 2019, Dkt. 154);

    b. Irene Alexis Meagher's Partial Motion for Summary and Declaratory Judgment (March 6, 2019, Dkt. 179);

    c. MyStore, Inc.'s Partial Motion for Summary and Declaratory Judgment (March 7, 2019, Dkt. 180);

    d. Todd Meagher's Partial Motion for Summary and Declaratory Judgment (March 12, 2019, Dkt. 184);

    e. Todd Meagher's Supplementation of the Summary Judgment Record (November 14, 2019, Dkt. 257);

    f. HEB's Motion for Summary Judgment (February 22, 2019, Dkt. 167 and 168); and,

    g. HEB's Motion to Strike Affirmative Defenses (Sept. 21, 2018, Dkt. 80).

4. If the Southern District Court's ruling on summary judgment motions does not result in a final judgment in the Southern District Litigation consistent with this Order, the parties may seek any and all forms of other or further relief as necessary from this Court, including, without limitation, further modification of the automatic stay to permit further proceedings in the Southern District Court.

5. The Motion is **DENIED** as to all other relief requested in the Motion, without prejudice.

# # # END OF ORDER # # #

Submitted by:

**VINSON & ELKINS LLP**

*/s/ Jason M. Powers*
Jason M. Powers (SB# 24007867)
Allison L. Fuller (SB# 24087547)
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone: (713) 758-2522
Facsimile: (713) 615-5809
Email: jpowers@velaw.com
Email: afuller@velaw.com

Rebecca L. Petereit (SB# 24062776)
Matthew D. Struble (SB# 24102544)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: rpetereit@velaw.com
Email: mstruble@velaw.com


**PIRKEY BARBER PLLC**

Louis T. Pirkey (SB# 16033000)
Travis R. Wimberly (SB# 24075292)
Tyson D. Smith (SB# 24079362)
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
Email: lpirkey@pirkeybarber.com
Email: twimberly@pirkeybarber.com
Email: tsmith@pirkeybarber.com

***Co-Counsel to HEB Grocery Company, LP***

Case 20-40208-mxm11 Doc 40 Filed 03/13/20 Entered 03/13/20 23:33:10 Desc
Imaged Certificate of Notice Page 5 of 6

**AGREED AS TO FORM:**

THOMPSON COE COUSINS & IRONS, L.L.P.

 */s/ Gary L. Pate*
Gary L. Pate
Federal I.D. 29713
One Riverway, Suite 1400
Houston, Texas 77056
713-358-6779 (Telephone)
713-403-8299 (Facsimile)
gpate@thompsoncoe.com
ATTORNEY FOR DEBTOR
TODD MEAGHER

CURTIS | CASTILLO PC

*/s/ Mark A. Castillo*
Mark A. Castillo
Texas State Bar No. 24027795
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
BANKRUPTCY COUNSEL
FOR DEBTOR-IN-POSSESSION

United States Bankruptcy Court
Northern District of Texas

In re:                                                              Case No. 20-40208-mxm
Todd Meagher                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0539-4      User: skerr            Page 1 of 1         Date Rcvd: Mar 11, 2020
                          Form ID: pdf012        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
aty          +Allison L. Fuller,   VINSON & ELKINS LLP,   1001 Fannin Street, Suite 2500,
              Houston, TX 77002-6760
aty          +Jason M. Powers,   VINSON & ELKINS LLP,   1001 Fannin Street, Suite 2500,
              Houston, TX 77002-6760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
              James Clark Gordon    on behalf of Creditor    Gordon & Sykes, LLP jgordon@gordonsykes.com
              Lakia S. McCline    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2
               lakia.mccline@tx.cslegal.com, bkdept@tx.cslegal.com
              Laurie A. Spindler    on behalf of Creditor    Tarrant County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Mark A. Castillo    on behalf of Debtor Todd  Meagher mcastillo@curtislaw.net
              Matthew David Struble    on behalf of Creditor    HEB Grocery Company, LP mstruble@velaw.com
              Robert Coleman Rowe    on behalf of Debtor Todd  Meagher rrowe@curtislaw.net
              Stephanie Diane Curtis    on behalf of Debtor Todd  Meagher scurtis@curtislaw.net
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                           TOTAL: 8