United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242
(214) 767-1247

Elizabeth Ziegler Young,
for the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **Todd Meagher** | § | **Case No. 20-40208-MXM-11** |
| | § | |
| **Debtors-in-Possession.** | § | |

**Notice of Reset 341 Meeting of Creditors**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that the continued Section 341 Creditors meeting in the above styled and numbered case will be reset from April 3, 2020 at 9:00 a.m. to **May 15, 2020 at 9:30 a.m.** at 819 Taylor Street, Room 7A24, Fort Worth, Texas 76102.

DATED: March 17, 2020                Respectfully submitted,

                                                              WILLIAM T. NEARY
                                                              UNITED STATES TRUSTEE

                                                              /s/ Elizabeth Ziegler Young
                                                              Elizabeth Ziegler Young
                                                              Trial Attorney
                                                              Texas State Bar No. 24086345 (Also by New York)
                                                              Office of the United States Trustee
                                                              1100 Commerce Street, Room 976
                                                              Dallas, Texas 75242
                                                              (214) 767-8967 x 1247
                                                              elizabeth.a.young@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I sent copy of the foregoing document via ECF or via first class United States

mail on March 17, 2020 to the following and on the attached matrix:

      /s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young

**Todd Meagher**
2101 Legacy Court
Keller, TX 76248

**Mark A. Castillo**
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202

**Stephanie Diane Curtis**
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202

**Robert Coleman Rowe**
Curtis Castillo, P.C.
901 Main Street, Suite 6515
Dallas, TX 75202

**Lakia S. McCline**
Codilis & Moody, P.C.
400 N. Sam Houston Pkwy. E. Ste. 900-A
Houston, TX 77060

**James Clark Gordon**
Gordon & Sykes, LLP
1320 S. University, Ste. 806
Ft. Worth, TX 76107

**Allison L. Fuller**
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

**Jason M. Powers**
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

**Matthew David Struble**
Vinson & Elkins, LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

**Laurie A. Spindler**
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207

**Thompson Coe, Cousins & Irons**
One Riverway, Ste 1400
Houston, TX 77056

```
Label Matrix for local noticing          Deutsche Bank National Trust Company as Trus   Gordon & Sykes, LLP
0539-4                                    c/o Codilis & Moody, P.C.                      1320 S. University Dr. Ste 806
Case 20-40208-mxm11                       400 N. Sam Houston Pkwy E,                     Fort Worth, TX 76107-5786
Northern District of Texas                Suite 900A
Ft. Worth                                 Houston, TX 77060-3548
Mon Mar 16 15:59:24 CDT 2020

Tarrant County                            Thompson Coe, Cousins & Irons                  501 W. Tenth Street
Linebarger, Goggan, Blair & Sampson, LLP  One Riverway, Ste 1400                         Fort Worth, TX 76102-3637
c/o Laurie A. Spindler                    Houston, TX 77056-1988
2777 N. Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

Atmos Energy                              CITIBANK                                       California Franchise Tax Board
5430 LBJ Fwy.                             388 Greenwich Street                           300 South Spring Street
Dallas, TX 75240-2601                     New York, NY 10013-2362                        Suite 5704
                                                                                         Los Angeles, CA 90013-1265

Cirro Energy                              City of Keller                                 Deutsche Bank National Trust Company
2745 Dallas Pkwy                          1100 Bear Creek Pkwy                           C/O: PHH Mortgage Corporation
Ste 200                                   Keller, TX 76248-2114                          Attn: Bankruptcy Department
Plano, TX 75093-8729                                                                     PO Box 24605
                                                                                         West Palm Beach, FL 33416-4605

Frontier Communications                   GHER Solutions, LLC                            Gary L. Pate
401 Merritt 7                             950 E. State Highway 114                       One Riverway, #1400
Norwalk, CT 06851-1000                    Suite 160                                      Houston, TX 77056-1988
                                          Southlake, TX 76092-5261

Gordon & Sykes                            HEB Grocery Company, LP                        Internal Revenue Service
1320 University Dr.                       646 S. Flores St.                              1100 Commerce St.
Suite 806                                 San Antonio, TX 78204-1219                     Room 121
Fort Worth, TX 76107-5786                                                                Dallas, TX 75242-1301

Karen Tripp                               Not Just Patents LLC                           PHH Mortgage Services
P.O. Box 1301                             c/o Wendy Peterson                             P.O. Box 66002
Houston, TX 77251-1301                    1248 Victoria St. N.                           Lawrence Township, NJ 08648-6002
                                          Saint Paul, MN 55117-4033

Pirkey Barber PLLC                        Tarrant County                                 Tarrant County
600 Congress Avenue, Suite 2120           LINEBARGER GOGGAN BLAIR & SAMPSON, LLP         Linebarger, Goggan, Blair & Sampson, LLP
Austin, TX 78701-2973                     2777 N. Stemmons Freeway                       c/o Laurie A. Spindler
                                          Suite 1000                                     2777 N. Stemmons Freeway Suite 1000
                                          DALLAS, TX 75207-2328                          Dallas, TX 75207-2328

Thompson Coe Cousins & Irons LLP          Tracy Hyndman                                  United States Trustee
One Riverway                              7 Castlebar Place                              1100 Commerce Street
Suite 1400                                Alameda, CA 94502-7746                         Room 976
Houston, TX 77056-1988                                                                   Dallas, TX 75242-0996

Vinson & Elkins LLP                       Mark A. Castillo                               Robert Coleman Rowe
c/o Jason M. Powers                       Curtis Castillo PC                             Curtis Castillo, P.C.
1001 Fannin St.                           901 Main Street, Suite 6515                    901 Main Street, Suite 6515
Ste. 2500                                 Dallas, TX 75202-3782                          Dallas, TX 75202-3782
Houston, TX 77002-6760
```

```
Stephanie Diane Curtis              Todd Meagher
Curtis Castillo PC                  2101 Legacy Court
901 Main Street, Suite 6515         Keller, TX 76248-8449
Dallas, TX 75202-3782
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HEB Grocery Company, LP          (d)Deutsche Bank National Trust Company as Tr     End of Label Matrix
                                    c/o Codilis & Moody, P.C.                         Mailable recipients    31
                                    400 N. Sam Houston Pkwy E, Suite 900A             Bypassed recipients     2
                                    Houston, TX 77060-3548                            Total                  33
```