

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2020**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TODD MEAGHER, | § | Chapter 11 |
| | § | Case No. 20-40208-11 |
| DEBTOR. | § | |

**ORDER GRANTING CURTIS | CASTILLO PC'S MOTION FOR DISTRIBUTION
OF PREPETITION RETAINER UNDER LOCAL RULE 2016-1(b)
FOR THE PERIOD FROM JANUARY 15, 2020 THROUGH FEBRUARY 19, 2020**

On this date came on for consideration the *Motion for Distribution of Prepetition Retainer under Local Rule 2016-1(b) for the Period From January 15, 2020 through February 19, 2020* (the "Motion") filed by Curtis | Castillo PC (the "Firm"), in its capacity as counsel for Todd Meagher, the Debtor-in-Possession (the "Debtor"), for authority to transfer a total of $12,702.65 from its trust account toward payment of professional fees and actual and necessary expenses for the period January 15, 2020 through February 19, 2020. Subject to final approval under

Bankruptcy Rule 2016, the Court finds that the services rendered by the Firm were necessary for the administration of the estate and the fees charged by Firm are reasonable. The Court further finds that adequate notice and opportunity for hearing were provided under Local Bankruptcy Rule 2016-1(b).

**IT IS THEREFORE ORDERED** that the Firm is authorized to withdraw prepetition retainer funds in the amount of $12,702.65 for reasonable and necessary attorneys' fees and necessary expenses for the period from January 15, 2020 through February 19, 2020. The final determination as to the allowance of professional fees shall be made by the Court after notice and a hearing pursuant to Bankruptcy Rule 2016.

###End of Order###