**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER, | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING DEBTOR'S MOTION TO SELL AND ASSIGN CERTAIN INTELLECTUAL PROPERTY RIGHTS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

Came on for consideration the Debtor's *Motion to Sell and Assign Certain Intellectual Property Rights Free and Clear of Liens, Claims, and Encumbrances* (the "Motion")[1] filed on April 13, 2020; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

---

**ORDER GRANTING DEBTOR'S MOTION TO SELL PROPERTY OF THE ESTATE**  PAGE 1 OF 2

Motion will benefit the Debtor's estate, its creditors, and all other parties in interest; and due and proper notice of the Motion having been provided, and, a hearing having been held to consider the relief requested in the Motion and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that the Debtor is authorized to sell and assign all his title, interest in, and rights to the IP Rights to GHER Solutions, LLC in accordance with the Purchase Agreement.  It is further

**ORDERED** that the Debtor and all other parties including but not limited to the U.S. Patent & Trademark Office and the Trademark Trial and Appeals Board are hereby authorized to take all actions necessary to effectuate the Purchase Agreement and relief granted by this Order.

### ### END OF ORDER ###