```
Label Matrix for local noticing       Deutsche Bank National Trust Company as Trus   Tarrant County
0539-4                                c/o Codilis & Moody, P.C.                      Linebarger, Goggan, Blair & Sampson, LLP
Case 20-40208-mxm11                   400 N. Sam Houston Pkwy E,                     c/o Laurie A. Spindler
Northern District of Texas            Suite 900A                                     2777 N. Stemmons Fwy Suite 1000
Ft. Worth                             Houston, TX 77060-3548                         Dallas, TX 75207-2328
Thu Feb 27 15:48:34 CST 2020

501 W. Tenth Street                   CITIBANK                                       California Franchise Tax Board
Fort Worth, TX 76102-3637             388 Greenwich Street                           300 South Spring Street
                                      New York, NY 10013-2362                        Suite 5704
                                                                                     Los Angeles, CA 90013-1265


Deutsche Bank National Trust Company  Gary L. Pate                                   HEB Grocery Company, LP
C/O: PHH Mortgage Corporation         One Riverway, #1400                            646 S. Flores St.
Attn: Bankruptcy Department           Houston, TX 77056-1988                         San Antonio, TX 78204-1219
PO Box 24605
West Palm Beach, FL 33416-4605


Karen Tripp                           Not Just Patents LLC                           PHH Mortgage Services
P.O. Box 1301                         c/o Wendy Peterson                             P.O. Box 66002
Houston, TX 77251-1301                1248 Victoria St. N.                           Lawrence Township, NJ 08648-6002
                                      Saint Paul, MN 55117-4033


Pirkey Barber PLLC                    Tarrant County                                 Tarrant County
600 Congress Avenue, Suite 2120       LINEBARGER GOGGAN BLAIR & SAMPSON, LLP         Linebarger, Goggan, Blair & Sampson, LLP
Austin, TX 78701-2973                 2777 N. Stemmons Freeway                       c/o Laurie A. Spindler
                                      Suite 1000                                     2777 N. Stemmons Freeway Suite 1000
                                      DALLAS, TX 75207-2328                          Dallas, TX 75207-2328


Thompson Coe Cousins & Irons LLP      United States Trustee                          Vinson & Elkins LLP
One Riverway                          1100 Commerce Street                           c/o Jason M. Powers
Suite 1400                            Room 976                                       1001 Fannin St.
Houston, TX 77056-1988                Dallas, TX 75242-0996                          Ste. 2500
                                                                                     Houston, TX 77002-6760


Mark A. Castillo                      Robert Coleman Rowe                            Stephanie Diane Curtis
Curtis Castillo PC                    Curtis Castillo, P.C.                          Curtis Castillo PC
901 Main Street, Suite 6515           901 Main Street, Suite 6515                    901 Main Street, Suite 6515
Dallas, TX 75202-3782                 Dallas, TX 75202-3782                          Dallas, TX 75202-3782


Todd Meagher
2101 Legacy Court
Keller, TX 76248-8449
```

                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HEB Grocery Company, LP            (d)Deutsche Bank National Trust Company as Tr  End of Label Matrix
                                      c/o Codilis & Moody, P.C.                      Mailable recipients    21
                                      400 N. Sam Houston Pkwy E, Suite 900A          Bypassed recipients     2
                                      Houston, TX 77060-3548                         Total                  23
```