Case 20-40208-mxm11 Doc 51 Filed 04/17/20 Entered 04/17/20 22:33:23 Desc
Case 20-40208-mxm11 Doc 46 Filed 04/15/20 Entered 04/15/20 15:49:06 Page 1 of 3
Imaged Certificate of Notice    Page 1 of 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Todd Meagher** | Social Security number or ITIN **xxx–xx–1536** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Texas** | Date case filed for chapter **11   1/15/20** |
| Case number: | **20–40208–mxm11** | |

Official Form 309E1 (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Todd Meagher | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2101 Legacy Court<br>Keller, TX 76248 | |
| 4. | **Debtor's attorney**<br>Name and address | Stephanie Diane Curtis<br>Curtis Castillo PC<br>901 Main Street, Suite 6515<br>Dallas, TX 75202 | Contact phone  (214) 752–2222<br><br>Email  scurtis@curtislaw.net |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone  817–333–6000<br><br>Date: 4/15/20 |

**For more information, see page 2 >**

Case 20-40208-mxm11 Doc 51 Filed 04/17/20 Entered 04/17/20 22:33:23 Page 2 of 3
Case 20-40208-mxm11 Doc 46 Filed 04/15/20 Entered 04/15/20 15:49:06 Page 2 of 5

Imaged Certificate of Notice    Page 2 of 5

Debtor **Todd Meagher**  Case number **20–40208–mxm11**

| 6. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 15, 2020 at 09:30 AM** **BY TELEPHONE** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | Trustee: **United States Trustee** Toll free number: **866–818–4670** Alternate number: **203–480–2179** Participant Code: **3304120** |

| 7. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints:** _____ |

**Deadline for filing proof of claim:**
**For all creditors (except a governmental unit):** 3/25/20
**For a governmental unit:** 7/13/20

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated*;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors

| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |

| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |

| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |

Case 20-40208-mxm11 Doc 51 Filed 04/17/20 Entered 04/17/20 23:33:23 Desc
Case 20-40208-mxm11 Doc 46 Filed 04/15/20 Entered 04/15/20 15:49:06 Page 3 of 3
Imaged Certificate of Notice    Page 3 of 5

# INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial−In Information:**

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court
Northern District of Texas

In re:                                                                    Case No. 20-40208-mxm
Todd Meagher                                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4          User: lholmes            Page 1 of 2            Date Rcvd: Apr 15, 2020
                              Form ID: pdf017         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
aty            +Allison L. Fuller,    VINSON & ELKINS LLP,    1001 Fannin Street, Suite 2500,
                 Houston, TX 77002-6760
aty            +Jason M. Powers,    VINSON & ELKINS LLP,   1001 Fannin Street, Suite 2500,
                 Houston, TX 77002-6760
cr             +Deutsche Bank National Trust Company as Trustee fo,     c/o Codilis & Moody, P.C.,
                 400 N. Sam Houston Pkwy E,,    Suite 900A,    Houston, TX 77060-3548
cr             +Gordon & Sykes, LLP,    1320 S. University Dr. Ste 806,    Fort Worth, TX 76107-5786
cr             +Tarrant County,    Linebarger, Goggan, Blair & Sampson, LLP,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Fwy Suite 1000,    Dallas, TX   75207,    UNITED STATES 75207-2328
sp             +Thompson Coe, Cousins & Irons,    One Riverway, Ste 1400,    Houston, TX 77056-1988
18905618       +Atmos Energy,    5430 LBJ Fwy.,   Dallas, TX 75240-2601
18859077       +CITIBANK,    388 Greenwich Street,   New York, NY 10013-2362
18893536        Deutsche Bank National Trust Company,    C/O: PHH Mortgage Corporation,
                 Attn: Bankruptcy Department,   PO Box 24605,    West Palm Beach, FL 33416-4605
18893212       +Deutsche Bank National Trust Company as Trustee,     c/o Codilis & Moody, P.C.,
                 400 N. Sam Houston Pkwy E, Suite 900A,    Houston, TX 77060-3548
18905622       +GHER Solutions, LLC,    950 E. State Highway 114,    Suite 160,   Southlake, TX 76092-5261
18859078       +Gary L. Pate,    One Riverway, #1400,   Houston, TX 77056-1988
18905623       +Gordon & Sykes,    1320 University Dr.,   Suite 806,    Fort Worth, TX 76107-5786
18859079       +HEB Grocery Company, LP,    646 S. Flores St.,    San Antonio, TX 78204-1219
18859080       +Karen Tripp,    P.O. Box 1301,   Houston, TX 77251-1301
18859081       +Not Just Patents LLC,    c/o Wendy Peterson,    1248 Victoria St. N.,    Saint Paul, MN 55117-4033
18859082       +PHH Mortgage Services,    P.O. Box 66002,   Lawrence Township, NJ 08648-6002
18859083      #+Pirkey Barber PLLC,    600 Congress Avenue, Suite 2120,    Austin, TX 78701-2973
18860610       +Tarrant County,    Linebarger, Goggan, Blair & Sampson, LLP,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
18862625       +Tarrant County,    LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,    2777 N. Stemmons Freeway,
                 Suite 1000,    DALLAS, TX 75207-2328
18859084        Thompson Coe Cousins & Irons LLP,    One Riverway,   Suite 1400,    Houston, TX 77056-1988
18905625       +Tracy Hyndman,    7 Castlebar Place,   Alameda, CA 94502-7746
18859085       +Vinson & Elkins LLP,    c/o Jason M. Powers,   1001 Fannin St.,    Ste. 2500,
                 Houston, TX 77002-6760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18859076       +E-mail/Text: BKBNCNotices@ftb.ca.gov Apr 16 2020 02:28:59     California Franchise Tax Board,
                 300 South Spring Street,   Suite 5704,   Los Angeles, CA 90013-1265
18905619       +E-mail/Text: ecfbankruptcy@nrgenergy.com Apr 16 2020 02:27:54     Cirro Energy,
                 2745 Dallas Pkwy,   Ste 200,   Plano, TX 75093-8729
18905620       +E-mail/Text: finance@cityofkeller.com Apr 16 2020 02:26:55     City of Keller,
                 1100 Bear Creek Pkwy,   Keller, TX 76248-2114
18905621       +E-mail/Text: bankruptcynotification@ftr.com Apr 16 2020 02:28:48     Frontier Communications,
                 401 Merritt 7,   Norwalk, CT 06851-1000
18905624       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 16 2020 02:26:49     Internal Revenue Service,
                 1100 Commerce St.,   Room 121,   Dallas, TX 75242-1301
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                            Signature:   /s/Joseph Speetjens

```
District/off: 0539-4        User: lholmes              Page 2 of 2            Date Rcvd: Apr 15, 2020
                            Form ID: pdf017            Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Elizabeth Ziegler Young    on behalf of U.S. Trustee    United States Trustee
               elizabeth.a.young@usdoj.gov
              James Clark Gordon    on behalf of Creditor    Gordon & Sykes, LLP jgordon@gordonsykes.com
              Lakia S. McCline    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2
               lakia.mccline@tx.cslegal.com,   bkdept@tx.cslegal.com
              Laurie A. Spindler    on behalf of Creditor    Tarrant County Laurie.Spindler@lgbs.com,
               Dora.Casiano-Perez@lgbs.com
              Mark A. Castillo    on behalf of Debtor Todd   Meagher mcastillo@curtislaw.net
              Matthew David Struble    on behalf of Creditor    HEB Grocery Company, LP mstruble@velaw.com
              Robert Coleman Rowe    on behalf of Debtor Todd   Meagher rrowe@curtislaw.net
              Stephanie Diane Curtis    on behalf of Debtor Todd   Meagher scurtis@curtislaw.net
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                             TOTAL: 9
```