IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TODD MEAGHER, | § | Chapter 11 |
| | § | Case No. 20-40208-11 |
| DEBTOR. | § | |

### DEBTOR'S MOTION TO REMOVE REDACTIONS AND ALL RESTRICTIONS ON PUBLIC ACCESS TO DEBTOR'S MOTION TO SELL INTELLECTUAL PROPERTY RIGHTS ASSETS

**[Relates to Dkt. 43, 43-1 and 43-2]**

**TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:**

NOW COMES TODD MEAGHER ("Meagher" or "Debtor"), the Debtor-in-Possession in the above-captioned Chapter 11 case (the "Bankruptcy Case"), and respectfully files this motion (the "Motion") to asking the Court to remove all redactions previously made at Debtor's request to Docket Nos. 43, 43-1, and 43-2 (collectively, the "Motion to Sell IP Assets") and release any and all restrictions placed upon public access to the Motion to Sell IP Assets.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court grant this Motion to direct the clerk of the Court to remove all redactions made to the Motion to Sell IP Assets, lift any restrictions on public access thereto, and grant such other and further relief to which the Debtor may be entitled.

| | |
|---|---|
| Dated: May 5, 2020 | Respectfully submitted, |

*/s/Robert C. Rowe*
Stephanie D. Curtis
Texas State Bar No. 05286800
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: scurtis@curtislaw.net
       mcastillo@curtislaw.net
       rrowe@curtislaw.net

**COUNSEL FOR
DEBTOR IN POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 5, 2020, a true and correct copy of the foregoing document was served by the Court's ECF email system on those parties consenting to such service.

*/s/Robert C. Rowe*
Robert C. Rowe