**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TODD MEAGHER, | § | **Chapter 11** |
| | § | **Case No. 20-40208-11** |
| DEBTOR. | § | |

**ORDER GRANTING DEBTOR'S MOTION TO REMOVE REDACTIONS
AND ALL RESTRICTIONS ON PUBLIC ACCESS TO DEBTOR'S MOTION TO SELL
INTELLECTUAL PROPERTY RIGHTS ASSETS**

**[Relates to Dkt. 43 and 45]**

The Court has considered the Debtor's Motion to Remove Redactions and All Restrictions on Public Access to Debtor's Motion to Sell Intellectual Property Rights (the "<u>Motion</u>"), which pertains to Docket Nos. 43, 43-1, and 43-2. The Court finds the Motion should be GRANTED in all respects.

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED** as expressly set forth herein. It is further

**ORDERED** that the Clerk of the Court shall remove the redactions made to Docket Nos. 43, 43-1, and 43-2 and lift all restrictions on public access thereto.

### ### END OF ORDER ###