United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-1247

Elizabeth Ziegler Young,
for the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **Todd Meagher** | § | **Case No. 20-40208-MXM-11** |
| | § | |
| **Debtor-in-Possession.** | § | |

**Withdrawal of the United States Trustee's Objection to Chapter 11 Debtor's Motion to Sell And Assign Certain Intellectual Property Rights Free And Clear Of Liens, Claims, And Encumbrances**

The United States Trustee for Region 6 withdraws his Objection to the Chapter 11 Debtor's Motion to Sell And Assign Certain Intellectual Property Rights Free And Clear Of Liens, Claims, And Encumbrances (the "Objection," docket no. 55) and respectfully states as follows:

1. On January 15, 2020, Todd Meagher ("Debtor") filed a voluntary petition initiating case 20-40208-MXM-11.

2. On April 13, 2020, Debtor filed the Sale Motion seeking to sell his IP rights to GHER Solutions, LLC ("GHER") and to redact the purchase price. [Sale Motion, docket no. 43]

3. On May 5, 2020, the United States Trustee filed his Objection, arguing the purchase price should not be sealed to allow all parties in interest the ability to review the price, and to protect the integrity of the bankruptcy process. [docket no. 55]

4.  On May 5, 2020, Debtor filed his Motion for Leave to Remove Redactions and a copy of the unredacted sales contract. [docket nos. 55, 56]

5.  As the purchase price is now unredacted and publicly available, the United States Trustee withdraws his Objection as moot.

Wherefore, premises considered, the United States Trustee respectfully withdraws, without prejudice, his Objection. The United States Trustee asks for any further relief to which he may be justly entitled.

DATED:    May 7, 2020

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE
/s/ *Elizabeth Ziegler Young*
Elizabeth Ziegler Young
Texas Bar No. 24086345
United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242
(214) 767-1247
(214) 767-8971 (fax)
elizabeth.a.young@usdoj.gov

## Certificate of Service

I certify that on May 7, 2020, I served a true copy of this document to the following parties via electronic mail at the following email address and to all parties requesting notice by ECF.

*/s/  Elizabeth Ziegler Young*
Elizabeth Ziegler Young

| | |
|---|---|
| **Todd Meagher**<br>2101 Legacy Court<br>Keller, TX 76248<br><br>**Mark A. Castillo**<br>Curtis Castillo PC<br>901 Main Street, Suite 6515<br>Dallas, TX 75202 | **Stephanie Diane Curtis**<br>Curtis Castillo PC<br>901 Main Street, Suite 6515<br>Dallas, TX 75202<br><br>**Robert Coleman Rowe**<br>Curtis Castillo, P.C.<br>901 Main Street, Suite 6515<br>Dallas, TX 75202 |

**Lakia S. McCline**
Codilis & Moody, P.C.
400 N. Sam Houston Pkwy. E. Ste. 900-A
Houston, TX 77060

**James Clark Gordon**
Gordon & Sykes, LLP
1320 S. University, Ste. 806
Ft. Worth, TX 76107

**Allison L. Fuller**
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

**Jason M. Powers**
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

**Matthew David Struble**
Vinson & Elkins, LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201

**Laurie A. Spindler**
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207

**Thompson Coe, Cousins & Irons**
One Riverway, Ste 1400
Houston, TX 77056