**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Debtor's Motion to Sell and Assign Certain Intellectual Property Rights Free and Clear of Liens, Claims, and Encumbrances [Dkt. No. 43] has been set for oral hearing on May 13, 2020 1:30 p.m. at Eldon B. Mahon U.S. Courthouse, 501 W. 10th St., Fort Worth, TX 76102.

Dated: May 8, 2020

Respectfully submitted,

*/s/Robert C. Rowe*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
        rrowe@curtislaw.net

**COUNSEL FOR DEBTOR**

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that, on May 8, 2020, a true and correct copy of the foregoing document was served on all parties receiving ECF notification.

                                              */s/Robert C. Rowe*
                                              Robert C. Rowe