IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| TODD MEAGHER | § § | Case No. 20-40208-mxm11 |
| Debtor. | § § | |

### HEB GROCERY COMPANY, LP'S
### WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 13, 2020

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

HEB Grocery Company, LP ("HEB"), files this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for May 13, 2020 at 1:30 p.m. (prevailing Central Time) in the above-referenced case (or as such hearing may be adjourned, continued, or rescheduled, the "*Hearing*"):

### WITNESSES

HEB may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. any witnesses called or designated by any other party;

2. any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party; and

3. any witnesses to offer testimony as to the admissibility and/or authenticity of any documents offered by any other party.

US 7067152

# EXHIBITS

HEB may offer into evidence any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---|---|---|---|---|---|---|
| 1. | Declaration of Todd Meagher (September 30, 2019), GHER Sols., LLC v. HEB Grocery Co., LP (Case No. 4:19-cv-00655-O, N.D. Tex., Dkt. 10) | | | | | |
| 2. | Meagher's Response to Management Order, HEB Grocery Co., LP v. Todd Meagher et al. (Case No. 4:17-cv-02810, S.D. Tex., Dkt. 270) | | | | | |
| 3. | Business Records Affidavit of Todd Meagher, HEB Grocery Co., LP v. Todd Meagher et al. (Case No. 4:17-cv-02810, S.D. Tex., Dkt. 271) | | | | | |
| 4. | SEC Form D for Zurra, Inc., filed Dec. 26, 2019 | | | | | |
| 5. | Any exhibits designated by the Debtor or any other party | | | | | |
| 6. | Any pleadings, motions, orders, or other documents filed in these cases or any related cases | | | | | |
| 7. | Any exhibits necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | |

HEB reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Dated: May 8, 2020

| | |
|---|---|
| */s/ Rebecca L. Petereit* | /s/ *Tyson D. Smith* |
| VINSON & ELKINS LLP | PIRKEY BARBER PLLC |
| Jason M. Powers | Louis T. Pirkey |
| State Bar No. 24007867 | State Bar No. 16033000 |
| Allison L. Fuller | Travis R. Wimberly |
| State Bar No. 24087547 | State Bar No. 24075292 |
| 1001 Fannin Street, Suite 2500 | Tyson D. Smith |
| Houston, TX 77002 | State Bar No. 24079362 |
| Telephone: (713) 758-2522 | 1801 East 6th Street, Suite 300 |
| Facsimile: (713) 615-5809 | Austin, TX 78702 |
| jpowers@velaw.com | Telephone: (512) 322-5200 |
| afuller@velaw.com | Facsimile: (512) 322-5201 |
| | lpirkey@pirkeybarber.com |
| Rebecca L. Petereit | twimberly@pirkeybarber.com |
| State Bar No. 24062776 | tsmith@pirkeybarber.com |
| Matthew D. Struble | |
| State Bar No. 24102544 | |
| Trammell Crow Center | |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | |
| Telephone: (214) 220-7700 | |
| Facsimile: (214) 220-7716 | |
| rpetereit@velaw.com | |
| mstruble@velaw.com | |

*Attorneys for HEB Grocery Company, LP*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 8, 2020, a true and correct copy of the foregoing was served via this Court's Electronic Filing System, which gives notice to all counsel of record.

                              */s/ Matthew D. Struble*
                                 Matthew D. Struble