IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Chapter 11 |
| TODD MEAGHER | § § | Case No. 20-40208-mxm11 |
| Debtor. | § § | |

### NOTICE OF FILING EXHIBITS TO SUPPLEMENT HEB GROCERY COMPANY, LP'S WITNESS AND EXHIBIT LIST FOR HEARING ON MAY 13, 2020

**PLEASE TAKE NOTICE** that on May 8, 2020, HEB Grocery Company, LP ("*HEB*"), filed its witness and exhibit list [Docket No. 62] (the "*Witness and Exhibit List*") for the hearing scheduled for May 13, 2020 at 1:30 p.m. (prevailing Central Time) in the above-referenced case (or as such hearing may be adjourned, continued, or rescheduled, the "*Hearing*").

**PLEASE TAKE FURTHER NOTICE** that HEB hereby supplements the Witness and Exhibit List by attaching Exhibits 1, 2, 3, and 4 from the Witness and Exhibit List for parties and the Court to access via the Court's Electronic Filing System.

**PLEASE TAKE FURTHER NOTICE** that HEB reserves the right to further supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

US 7067152

Dated: May 11, 2020

<div style="display: flex;">

*/s/ Rebecca L. Petereit*
VINSON & ELKINS LLP
Jason M. Powers
State Bar No. 24007867
Allison L. Fuller
State Bar No. 24087547
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone: (713) 758-2522
Facsimile: (713) 615-5809
jpowers@velaw.com
afuller@velaw.com

Rebecca L. Petereit
State Bar No. 24062776
Matthew D. Struble
State Bar No. 24102544
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
rpetereit@velaw.com
mstruble@velaw.com

/s/ *Tyson D. Smith*
PIRKEY BARBER PLLC
Louis T. Pirkey
State Bar No. 16033000
Travis R. Wimberly
State Bar No. 24075292
Tyson D. Smith
State Bar No. 24079362
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
lpirkey@pirkeybarber.com
twimberly@pirkeybarber.com
tsmith@pirkeybarber.com

</div>

*Attorneys for HEB Grocery Company, LP*

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, a true and correct copy of the foregoing was served via this Court's Electronic Filing System, which gives notice to all counsel of record.

*/s/ Matthew D. Struble*
Matthew D. Struble

2