IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEB GROCERY COMPANY, LP, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 17-cv-02810 |
| TODD MEAGHER, IRENE ALEXIS MEAGHER, and MYSTORE, INC., | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § | |

## BUSINESS RECORDS AFFIDAVIT

My name is Todd Meagher and I am over the age of 18 and capable of making this affidavit. I have knowledge of the facts stated in this Affidavit by and through my position as the CEO of GHER Solutions, LLC.

I am the Custodian of Records for GHER Solutions, LLC. Attached to GHER Solutions, LLC's Motion for Summary Judgment and Motion for Declaratory Judgment are Exhibits A through D comprising the "Records." The Records are the business records of GHER Solutions, LLC. Such Records were kept by me in the ordinary course of business; and it was in the ordinary course of business for the records to be recorded at or near the time of the event recorded. These Records were made at or near the time of the act or event recorded and transmitted by a person with knowledge of the facts recorded. The Records are a true and correct copy or a copy of the original. These Records were kept by me as a person with knowledge of the act recorded in the normal course of business of GHER Solutions, LLC. It is in the regular practice of GHER Solutions to keep and store these Records.

FURTHER AFFIANT SAITH NOT.

_____
Todd Meagher

SWORN AND SUBSCRIBED by Todd Meagher on this ___16TH___ day of December, 2019.

_____
NOTARY FOR THE STATE OF TEXAS



DENNIS JAMES ENGLES
Notary ID # 130741946
My Commission Expires
July 15, 2020

My Commission expires: 07/15/2020