BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Todd Meagher | Motion to sell (43) | Case # 20–40208–mxm11 |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Todd Meagher | *VS* | HEB Grocery Company LP |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Mark Castillo | Jason Powers |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

Debtor's Exhibits: 1–3 (See Doc 61) and 4 (See Doc 64 – not exhibit 2 to Doc 64)

HEB Exhibits: 1–4 (See Doc 63)

| | | |
|---|---|---|
| Karyn Rueter | 5/13/2020 | Mark X. Mullin |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |