



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 27, 2020**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| TODD MEAGHER | § § | Case No. 20-40208-mxm11 |
| Debtor. | § § | |

### ORDER DENYING CHAPTER 11 DEBTOR'S MOTION
### TO SELL AND ASSIGN CERTAIN INTELLECTUAL PROPERTY
### RIGHTS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

The Court has considered the *Chapter 11 Debtor's Motion to Sell and Assign Certain Intellectual Property Rights Free and Clear of Liens, Claims, and Encumbrances* [Docket No. 43] (the "***Motion***"),[1] filed by Todd Meagher (the "***Debtor***") as debtor-in-possession in the above-captioned chapter 11 case, seeking authorization from the Court to enter into the *Intellectual Property Purchase and Assignment Agreement* attached to the Motion as <u>Exhibit A</u> (the "***Purchase Agreement***") to allow the Debtor to sell certain intellectual property rights (the "***IP Rights***") to

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Motion.

GHER Solutions, LLC, and has found that proper and adequate notice of the Motion and hearing thereon has been given. After having given due deliberation upon the Motion, *HEB Grocery Company, LP's Response in Opposition to Debtor's Motion to Sell and Assign Certain Intellectual Property Rights* [Docket No. 60] filed by HEB Grocery Company, LP, and all of the proceedings had before the Court in connection with the Motion, and according to Federal Rule of Civil Procedure 52 and Federal Rules of Bankruptcy Procedure 9014 and 7052, this Court incorporates its findings of fact and law, as stated orally in the hearing upon the Motion, into this order. Having found that good and sufficient cause exists for denying the relief requested in the Motion, it is

**HEREBY ORDERED THAT**:

1. The Court finds that the proposed sale is not an ordinary-course transaction, and may not be consummated without the express approval of this Court.

2. The Court further finds that there is insufficient evidence that the proposed sale is a sound business transaction to benefit the estate and its creditors, and the Debtor is therefore disallowed and prohibited from selling the IP Rights that are the subject of the Motion.

3. For the foregoing reasons and others set forth on the record at the Hearing and expressly incorporated herein, the Motion is DENIED in its entirety without prejudice to the filing of future motions by the Debtor seeking this Court's approval to sell the IP Rights.

# # # END OF ORDER # # #

Submitted by:

**VINSON & ELKINS LLP**

*/s/ Jason M. Powers*
Jason M. Powers (SB# 24007867)
Allison L. Fuller (SB# 24087547)
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone: (713) 758-2522
Facsimile: (713) 615-5809
Email: jpowers@velaw.com
Email: afuller@velaw.com

Rebecca L. Petereit (SB# 24062776)
Matthew D. Struble (SB# 24102544)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: rpetereit@velaw.com
Email: mstruble@velaw.com


**PIRKEY BARBER PLLC**

Louis T. Pirkey (SB# 16033000)
Travis R. Wimberly (SB# 24075292)
Tyson D. Smith (SB# 24079362)
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: (512) 322-5200
Facsimile: (512) 322-5201
Email: lpirkey@pirkeybarber.com
Email: twimberly@pirkeybarber.com
Email: tsmith@pirkeybarber.com

*Co-Counsel to HEB Grocery Company, LP*

**AGREED AS TO FORM:**

THOMPSON COE COUSINS & IRONS, L.L.P.

 */s/ Gary L. Pate*
Gary L. Pate
Federal I.D. 29713
One Riverway, Suite 1400
Houston, Texas 77056
713-358-6779 (Telephone)
713-403-8299 (Facsimile)
gpate@thompsoncoe.com
ATTORNEY FOR DEBTOR
TODD MEAGHER

CURTIS | CASTILLO PC

 */s/ Mark A. Castillo*
Mark A. Castillo
Texas State Bar No. 24027795
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
BANKRUPTCY COUNSEL
FOR DEBTOR-IN-POSSESSION