



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 9, 2020**

**United States Bankruptcy Judge**

___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TODD MEAGHER, | § | Chapter 11 |
| | § | Case No. 20-40208-11 |
| DEBTOR. | § | |

## ORDER GRANTING DEBTOR'S MOTION TO REMOVE REDACTIONS AND ALL RESTRICTIONS ON PUBLIC ACCESS TO DEBTOR'S MOTION TO SELL INTELLECTUAL PROPERTY RIGHTS ASSETS

**[Relates to Dkt. 43 and 45]**

The Court has considered the Debtor's Motion to Remove Redactions and All Restrictions on Public Access to Debtor's Motion to Sell Intellectual Property Rights (the "Motion"), which pertains to Docket Nos. 43, 43-1, and 43-2. The Court finds the Motion should be GRANTED in all respects.

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED** as expressly set forth herein. It is further

**ORDERED** that the Clerk of the Court shall remove the redactions made to Docket Nos. 43, 43-1, and 43-2 and lift all restrictions on public access thereto.

### ### END OF ORDER ###