

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 9, 2020**

*Mark X. Mullin*
_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TODD MEAGHER, | § | **Chapter 11** |
| | § | **Case No. 20-40208-11** |
| DEBTOR. | § | |

### ORDER GRANTING DEBTOR'S MOTION TO
### REDACT AND RESTRICT PUBLIC ACCESS TO PORTIONS OF EXHIBITS

[Relates to Dkt. 43-1 and 43-2]

The Court has considered the Motion to Redact and Restrict Public Access to Portions of Exhibits filed by the Debtor in this case (the "Motion"), which pertains to Docket Nos. 43-1 and 43-2.  The Court finds that just cause exists for the entry of the following order:

**IT IS HEREBY ORDERED** that the Motion is hereby **GRANTED** as expressly set forth herein; it is further **ORDERED** that, immediately upon entry of this Order, the Clerk of the Court shall restrict public access to the currently filed Exhibit A [Dkt. No. 43-1] and B [Dkt. No. 43-2] of Docket No. 43 to reflect the redactions requested in the Motion and Exhibits 1 and 2 attached to said Motion.

### ### END OF ORDER ###