Attachment to Schedule A/B
Question #26

Type of Work:          Music

Registration Number / Date:
                       PAu001567394 / 1991-10-31

Title:                 Best I can.   w & m Todd Meagher & Erik Turner.

Copyright Claimant:
                       Warner-Tamerlane Publishing Corporation, Todd Meagher Music
                          & Virgin Songs

Date of Creation:  1991

Variant title:     Best I can

Names:                  Meagher, Todd
                        Turner, Erik
                        Warner-Tamerlane Publishing Corporation
                        Todd Meagher Music
                        Virgin Songs


================================================================
==============


Type of Work:          Music

Registration Number / Date:
                       PA0000600768 / 1992-09-01

Title:                 Desperate heart.

Appears in:            Flame. Giant/Warner 24451, c1992.   1 compact disc

Publisher Number:   Giant/Warner 24451

Performer:             Performed by Flame.

Copyright Claimant:
                       Warner-Tamerlane Publishing Corporation, Todd Meagher Music
                          & Mob Daz Music

Date of Creation:  1992

Date of Publication:
                       1992-05-12

Authorship on Application:
>  words & music: Todd Meagher, & Phillip Sullivan.

Names:          Meagher, Todd
>  Sullivan, Phillip
>  Flame
>  Warner-Tamerlane Publishing Corporation
>  Todd Meagher Music
>  Mob Daz Music

===================================================================
==============

Type of Work:      Music

Registration Number / Date:
>  PAu001490731 / 1991-04-22

Title:            Desperate heart.

Copyright Claimant:
>  Warner-Tamerlane Publishing Corporation, Todd Meagher Music
>  & Phil Sullivan

Date of Creation:   1991

Authorship on Application:
>  words & music: Todd Meagher & Phil Sullivan.

Names:          Meagher, Todd
>  Sullivan, Phil
>  Warner-Tamerlane Publishing Corporation
>  Todd Meagher Music

===================================================================
==============

Type of Work:      Music

Registration Number / Date:
>  PAu001557238 / 1991-09-19

Title:            Don't say goodnight.   w & m Todd Meagher, & Erik Turner.

Copyright Claimant:
> Warner-Tamerlane Publishing Corporation, Todd Meagher
> Music, Erik Turner

Date of Creation:   1991

Variant title:    Don't say goodnight

Names:        Meagher, Todd
> Turner, Erik
> Warner-Tamerlane Publishing Corporation
> Todd Meagher Music

=================================================================
==============


Type of Work:      Music

Registration Number / Date:
> PAu001567397 / 1991-10-31

Title:         Don't tell Mom.   w & m Todd Meagher, Eric Saint Michaels &
> Brad Gillis.

Copyright Claimant:
> Warner-Tamerlane Publishing Corporation, Todd Meagher
> Music, Eric St. Michaels & Gilrock Ranch Publishing

Date of Creation:   1991

Variant title:    Don't tell Mom

Names:        Meagher, Todd
> Saint Michaels, Eric
> Gillis, Brad
> Warner-Tamerlane Publishing Corporation
> Todd Meagher Music
> Gilrock Ranch Publishing

=================================================================
==============


Type of Work:      Music

Registration Number / Date:
                    PA0001013620 / 2000-06-23

Application Title: Your eyes are the window.

Title:              Eyes (your eyes are the window to your soul)

Appears in:         Alligator. Canyon International PCCY-01448, c2000.   Compact
                    disc

Publisher Number:   Canyon International PCCY-01448

Performer:          Performed by Brad Gillis.

Copyright Claimant:
                    Bean Songs, Moon Phoenix Music, Gilrock Ranch Music & Todd
                    Meagher Music

Date of Creation:   1999

Date of Publication:
                    2000-03-15

Authorship on Application:
                    words & music: Brad Gillis, Kelly Keagy, Todd Meagher &
                    Gary Moon.

Names:              Gillis, Brad
                    Keagy, Kelly
                    Meagher, Todd
                    Moon, Gary
                    Gillis, Brad
                    Bean Songs
                    Moon Phoenix Music
                    Gilrock Ranch Music
                    Todd Meagher Music

================================================================
==============

Type of Work:       Music

Registration Number / Date:
                    PAu001535458 / 1991-07-08

Title:              Father's Day / T. Meagher, M. Krasowski, A. Atencio.

Copyright Claimant:
                    Warner-Tamerlane Publishing Corporation, Todd Meagher
                      Music, Mark Krasowski & Alex Atencio

Date of Creation:   1991

Authorship on Application:
                    words & music: Todd Meagher, Alex Atencio & Mark Krasowski.

Names:              Meagher, Todd
                    Atencio, Alex
                    Krasowski, Mark
                    Warner-Tamerlane Publishing Corporation
                    Todd Meagher Music

================================================================
==============


Type of Work:       Music

Registration Number / Date:
                    PAu001478650 / 1991-03-19

Title:              Find another fool / T. Meagher, S. West, G. Black.

Copyright Claimant:
                    Warner-Tamerlane Publishing Corporation, Todd Meagher, BMG
                      Music, Zeemo Music & Steve West

Date of Creation:   1990

Authorship on Application:
                    words & music: Todd Meagher, Steve West & Gene Black.

Names:              Meagher, Todd
                    West, Steve
                    Black, Gene
                    Warner-Tamerlane Publishing Corporation
                    BMG Music
                    Zeemo Music

================================================================

==============


Type of Work:      Music

Registration Number / Date:
               PAu001478427 / 1991-03-19

Title:             Forever and a day / T. Meagher, J. Lane.

Copyright Claimant:
               WB Music Corporation, Todd Meagher, Virgin Songs & Dick
                  Dragon

Date of Creation:  1991

Authorship on Application:
               words & music: Todd Meagher & Jani Lane.

Names:             Dragon, Dick
               Meagher, Todd
               Lane, Jani
               WB Music Corporation
               Virgin Songs

================================================================
==============


Type of Work:      Music

Registration Number / Date:
               PAu001746661 / 1993-05-24

Title:             Fuel to your fire.

Description:       Sound cassette.

Notes:             Words & music.

Copyright Claimant:
               Todd Meagher Pub. Des., Warner-Tamerland Publishing
                  Corporation, Leibraphone Music, Polygram Songs, Inc.

Date of Creation:  1992

Authorship on Application:
        Todd Meagher, Jeff Paris, Myke Gray.

Names:          Meagher, Todd
                Paris, Jeff
                Gray, Myke
                Todd Meagher Pub. Des.
                Warner-Tamerland Publishing Corporation
                Leibraphone Music
                Polygram Songs, Inc.


================================================================
===============


Type of Work:      Music

Registration Number / Date:
                PAu001569057 / 1991-10-21

Title:          Get started.   w & m Todd Meagher, Brad Gillis, Kelly Keagy.

Copyright Claimant:
                Warner-Tamerlane Publishing Corporation, Todd Meagher
                  Music, Gilrock Ranch Publishing & Bean Songs

Date of Creation:   1991

Variant title:    Get started

Names:          Meagher, Todd
                Gillis, Brad
                Keagy, Kelly
                Warner-Tamerlane Publishing Corporation
                Todd Meagher Music
                Gilrock Ranch Publishing
                Bean Songs


================================================================
===============


Type of Work:      Music

Registration Number / Date:
                PA0000746327 / 1994-10-17

Title:          Gypsy heart.

Appears in:     Lucky this time. Now & Then Nthen 6, c1993.   Compact disc

Publisher Number:   Now & Then Nthen 6

Performer:       Performed by Jeff Paris.

Copyright Claimant:
                Songs of Polygram International, Inc., Leibraphone Music,
                    Todd Meagher

Date of Creation:   1993

Date of Publication:
                1993-11-16

Authorship on Application:
                words & music: Jeff Paris, pseud. (a.k.a. Geoffrey Leib), &
                    Todd Meagher.

Names:           Meagher, Todd
                Paris, Jeff, pseud.
                Leib, Geoffrey
                Songs of Polygram International, Inc.
                Leibraphone Music

================================================================
==============

Type of Work:      Music

Registration Number / Date:
                PAu001614000 / 1992-03-23

Title:          I believe in love.

Notes:           Words & music.

Copyright Claimant:
                Warner-Tamerlane Publishing Corporation, Todd Meagher Music
                    & Mike Comfort Music

Date of Creation:   1991

Authorship on Application:
       Todd Meagher & Mike Comfort.

Names:        Meagher, Todd
        Comfort, Mike
        Warner-Tamerlane Publishing Corporation
        Todd Meagher Music
        Mike Comfort Music

=================================================================
===============

Type of Work:     Music

Registration Number / Date:
        PAu001477755 / 1991-03-11

Title:        I don't wanna let you go / T. Meagher, G. Black.

Copyright Claimant:
        Warner-Tamerlane Publishing Corporation, Todd Meagher
         Music, BMG Music, Zeemo Music

Date of Creation:  1989

Authorship on Application:
        words, music: Todd Meagher, Gene Black.

Names:        Meagher, Todd
        Black, Gene
        Warner-Tamerlane Publishing Corporation
        Todd Meagher Music
        BMG Music
        Zeemo Music

=================================================================
===============

Type of Work:     Music

Registration Number / Date:
        PA0000570470 / 1992-04-20

Title:                    I hate kissing you good-bye.

Appears in:          What comes around goes around. Atlantic/Titanium 82244-2,
                             c1991.   1 compact disc

Publisher Number:    Atlantic/Titanium 82244-2

Performer:            Performed by Tuff.

Copyright Claimant:
                             Tuff Muff Music, Warner-Tamerlane Publishing Corporation &
                             Jason Giordano Music

Date of Creation:   1991

Date of Publication:
                             1991-08-06

Authorship on Application:
                             words & music: Michael Raimondo (Michael Lean, pseud.),
                                 Steven Hansetter (Stevie Rachelle, pseud.), George Manos
                                 (Jorge DeSaint, pseud.), Todd Chaison (Todd Chase,
                                 pseud.), Todd Meagher & Jason Giordano.

Names:                  Raimondo, Michael
                             Lean, Michael, pseud.
                             Hansetter, Steven
                             Rachelle, Stevie, pseud.
                             Manos, George
                             DeSaint, Jorge, pseud.
                             Chaison, Todd
                             Chase, Todd, pseud.
                             Meagher, Todd
                             Giordano, Jason
                             Tuff
                             Tuff Muff Music
                             Warner-Tamerlane Publishing Corporation
                             Jason Giordano Music

================================================================
==============

Type of Work:       Recorded Document

Document Number:    V2658P323

Date of Recordation:
        1991-05-20

Entire Copyright Document:
        V2658P323-325

Date of Execution: 28Nov90

Title:        I will follow your heart & 10 other titles; musical
        compositions / By Todd Meagher, with co-writers as
        noted.

Notes:        Assignment of copyright.

Party 1:        Todd Meagher & Todd Meagher and his music publishing
        designee.

Party 2:        Warner-Tamerlane Publishing Corporation.

Links:        List of Titles /cgi-bin/doctitles.cgi?V2658P323

Links:        List of Titles
        /cgi-bin/doctitles.cgi?V2658P323

Names:        Meagher, Todd
        Warner-Tamerlane Publishing Corporation.

===============================================================
==============

Type of Work:        Music

Registration Number / Date:
        PAu001478649 / 1991-03-19

Title:        I will follow your heart / T. Meagher, T. Beattie, G.
        Black.

Copyright Claimant:
        Warner-Tamerlane Publishing Corporation, Todd Meagher, Todd
        Beattie, BMG Music & Zeemo Music

Date of Creation:  1990

Authorship on Application:
  words & music: Todd Meagher, Todd Beatie [sic] & Gene
  Black.

Names:        Meagher, Todd
              Beattie, Todd
              Black, Gene
              Beatie, Todd
              Warner-Tamerlane Publishing Corporation
              BMG Music
              Zeemo Music

================================================================
==============

Type of Work:      Music

Registration Number / Date:
              PA0000600767 / 1992-09-01

Title:             If you had a heart.

Appears in:     Flame. Giant/Warner 24451, c1992.   1 compact disc

Publisher Number:   Giant/Warner 24451

Performer:       Performed by Flame.

Copyright Claimant:
              Warner-Tamerlane Publishing Corporation, Todd Meagher Music
                & Mob Daz Music

Date of Creation:  1992

Date of Publication:
              1992-05-12

Authorship on Application:
              words & music: Todd Meagher, & Phillip Sullivan (p.k.a.
                Phillip Andrew)

Copyright Note:   C.O. correspondence.

Names:           Meagher, Todd
                 Sullivan, Phillip

Andrew, Phillip
Flame
Warner-Tamerlane Publishing Corporation
Todd Meagher Music
Mob Daz Music

=================================================================
===============

Type of Work:        Music

Registration Number / Date:
             PAu001569076 / 1991-10-21

Title:        If you had a heart.   w & m Todd Meagher & Phil Sullivan.

Copyright Claimant:
             Warner-Tamerlane Publishing Corporation & Todd Meagher
                Music

Date of Creation:   1991

Variant title:      If you had a heart

Names:         Meagher, Todd
             Sullivan, Phil
             Warner-Tamerlane Publishing Corporation
             Todd Meagher Music

=================================================================
===============

Type of Work:        Music

Registration Number / Date:
             PAu001748591 / 1993-05-24

Title:          If you had a heart, you'd be dangerous.

Description:        Sound cassette.

Notes:            Words & music.

Copyright Claimant:

Warner-Tamerlane Publishing Corporation, Todd Meagher & Mob
    Daz Music

Date of Creation:   1992

Authorship on Application:
    Todd Meagher & Phillip Sullivan.

Names:          Meagher, Todd
    Sullivan, Phillip
    Warner-Tamerlane Publishing Corporation
    Mob Daz Music

================================================================
==============

Type of Work:      Music

Registration Number / Date:
        PAu001567398 / 1991-10-31

Title:        Imagination running wild.   w & m Todd Meagher & Brad
            Gillis.

Copyright Claimant:
        Warner-Tamerlane Publishing Corporation & Todd Meagher
            Music

Date of Creation:   1991

Variant title:     Imagination running wild

Names:          Meagher, Todd
    Gillis, Brad
    Warner-Tamerlane Publishing Corporation
    Todd Meagher Music

================================================================
==============

Type of Work:      Music

Registration Number / Date:
        PAu001478425 / 1991-03-19

Title:              Love lies / T. Meagher, G. Black.

Copyright Claimant:
                    Warner-Tamerlane Publishing Corporation, Todd Meagher, BMG
                        Music & Zeemo Music

Date of Creation:  1990

Authorship on Application:
                    words & music: Todd Meagher & Gene Black.

Names:              Meagher, Todd
            Black, Gene
            Warner-Tamerlane Publishing Corporation
            BMG Music
            Zeemo Music

================================================================
==============

Type of Work:      Music

Registration Number / Date:
                    PAu001748011 / 1993-05-24

Title:              Never say never.

Description:        Sound cassette.

Copyright Claimant:
                    Todd Meagher Music,   Warner-Tamerlane Publishing
                        Corporation & Midnight Dance

Date of Creation:  1990

Authorship on Application:
                    words & music: Todd Meagher, Eric Saint Michael & Ned Liben
                        (Ebn Liben)

Copyright Note:    C.O. correspondence.

Names:              Meagher, Todd
            Saint Michael, Eric
            Liben, Ned

Liben, Ebn
Todd Meagher Music
Warner-Tamerlane Publishing Corporation
Midnight Dance

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                     PA0000713808 / 1994-06-30

Application Title: Fuel to your fire.

Title:               Nightsong.

Appears in:          Skin. Parlophone 7243 8 28869 2 1, c1993.   Compact disc

Publisher Number:   Parlophone 7243 8 28869 2 1

Performer:           Performed by Skin.

Copyright Claimant:
                     Songs of Polygram International, Inc., Leibraphone Music,
                        Todd Meagher Music & Warner Chappell Music, Ltd.

Date of Creation:   1994

Date of Publication:
                     1994-05-02

Authorship on Application:
                     music & words: Jeff Paris, Todd Meagher & Mike Gray.

Other Title:         Skin.

Names:               Paris, Jeff
                     Meagher, Todd
                     Gray, Mike
                     Skin.
                     Songs of Polygram International, Inc.
                     Leibraphone Music
                     Todd Meagher Music
                     Warner Chappell Music, Ltd.

================================================================
==============

Type of Work:       Music

Registration Number / Date:
                    PAu001535454 / 1991-07-08

Title:              Rebels / T. Meagher, M. Krasoski, A. Atencio.

Copyright Claimant:
                    Warner-Tamerlane Publishing Corporation, Todd Meagher
                        Music, Mark Krasowski & Alex Atencio

Date of Creation:  1991

Authorship on Application:
                    words & music: Todd Meagher, Alex Atencio & Mark Krasowski.

Names:              Meagher, Todd
                    Atencio, Alex
                    Krasowski, Mark
                    Warner-Tamerlane Publishing Corporation
                    Todd Meagher Music

================================================================
==============

Type of Work:       Music

Registration Number / Date:
                    PA0000746326 / 1994-10-17

Title:              Rest in pieces.

Appears in:         Lucky this time. Now & Then Nthen 6, c1993.   Compact disc

Publisher Number:   Now & Then Nthen 6

Performer:          Performed by Jeff Paris.

Copyright Claimant:
                    Songs of Polygram, International, Inc., Leibraphone Music,

Todd Meagher

Date of Creation:   1993

Date of Publication:
                    1993-11-16

Authorship on Application:
                    words & music: Jeff Paris, pseud. (a.k.a. Geoffrey Leib), &
                        Todd Meagher.

Names:              Meagher, Todd
                    Paris, Jeff, pseud.
                    Leib, Geoffrey
                    Songs of Polygram, International, Inc.
                    Leibraphone Music

================================================================
==============

Type of Work:       Sound Recording and Music

Registration Number / Date:
                    SRu000881329 / 2008-10-09

Application Title: Saturday Night.

Title:              Saturday Night.

Description:        Electronic file (eSerivce)

Copyright Claimant:
                    Aeriel Stiles.
                    Todd Meagher.

Date of Creation:   1991

Authorship on Application:
                    Aeriel Stiles; Domicile: United States; Citizenship: United
                        States. Authorship: sound recording, performance,
                        production, remix, words and music.
                    Todd Meagher; Domicile: United States; Citizenship: United
                        States. Authorship: sound recording, performance,
                        production, remix, words and music.

Rights and Permissions:
AerielStiles, PO Box 43, Thompsons Station, TN, 37179,
(615) 261-1335, (615) 791-9581, aerielstiles@hotmail.com

Names:        Stiles, Aeriel
Meagher, Todd

==================================================================
==============

Type of Work:        Music

Registration Number / Date:
PAu001535455 / 1991-07-08

Title:              Since you been gone / T. Meagher, M. Krasowski, A. Atencio.

Copyright Claimant:
Warner-Tamerlane Publishing Corporation, Todd Meagher
Music, Mark Krasowski & Alex Atencio

Date of Creation:   1991

Authorship on Application:
words & music: Todd Meagher, Alex Atencio & Mark Krasowski.

Names:        Krasowski, Mark
Atencio, Alex
Meagher, Todd
Warner-Tamerlane Publishing Corporation
Todd Meagher Music

==================================================================
==============

Type of Work:        Music

Registration Number / Date:
PAu001495888 / 1991-04-25

Title:              Slave to love / T. Meagher, B. Gillis, P. Sullivan.

Copyright Claimant:
Warner-Tamerlane Publishing Corporation, Todd Meagher

Music, Brad Gillis & Phil Sullivan

Date of Creation:   1991

Authorship on Application:
            words & music: Todd Meagher, Brad Gillis & Phil Sullivan.

Names:        Meagher, Todd
              Gillis, Brad
              Sullivan, Phil
              Warner-Tamerlane Publishing Corporation
              Todd Meagher Music

================================================================
==============

Type of Work:      Music

Registration Number / Date:
            PA0000604760 / 1993-02-25

Title:          Tell me why.

Appears in:      Gorky Park--92. 1 sound cassette

Performer:        Performed by Gorky Park.

Copyright Claimant:
            Alexei Belov Music

Date of Creation:   1992

Date of Publication:
            1992-08-01

Authorship on Application:
            words & music: Alexei Belov & Todd Meagher.

Names:        Belov, Alexei
              Meagher, Todd
              Gorky Park
              Alexei Belov Music

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                     PA0000712969 / 1995-01-19

Title:               Tell me why.

Appears in:          Moscow calling. Panam CRCR-6464, c1992.   Compact disc

Publisher Number:   Panam CRCR-6464

Performer:           Performed by Gorky Park II.

Copyright Claimant:
                     Warner-Tamerlane Publ. Corporation, Todd Mergher Music &
                         Alex Belov

Date of Creation:   1992

Date of Publication:
                     1992-09-23

Authorship on Application:
                     words & music: Todd Meagher & Alex Belov.

Names:               Belov, Alex
                     Meagher, Todd
                     Gorky Park II
                     Warner-Tamerlane Publ. Corporation
                     Todd Mergher Music

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                     PAu001776794 / 1993-05-24

Title:               Tomorrow may be too late.

Description:         Sound cassette.

Copyright Claimant:

        WB Music Corporation, Warner/Chappell Music, Ltd., Todd
          Meagher Music, Leibraphone Music, Polygram Music
          Publishing

Date of Creation:   1992

Authorship on Application:

        words & music: Todd Meagher, Jeff Paris & Myke Gray.

Copyright Note:     C.O. correspondence.

Names:           Meagher, Todd
        Paris, Jeff
        Gray, Myke
        WB Music Corporation
        Warner/Chappell Music, Ltd.
        Todd Meagher Music
        Leibraphone Music
        Polygram Music Publishing

================================================================
==============

Type of Work:      Music

Registration Number / Date:
        PAu001567491 / 2001-10-04

Title:             Too wild to tame.

Copyright Claimant:

        Warner-Tamerlane Publishing Corporation, Todd Meagher
          Music, Greg D'Angelo & James Lomenzo

Date of Creation:   1991

Authorship on Application:

        words & music: Todd Meagher, Greg D'Angelo & James Lomenzo.

Names:           D'Angelo, Greg
        Lomenzo, James
        Meagher, Todd
        Warner-Tamerlane Publishing Corporation
        Todd Meagher Music

================================================================
==============

Type of Work:          Music

Registration Number / Date:
                       PAu001567490 / 1991-10-04

Title:                 Waiting here.

Copyright Claimant:
                       Warner-Tamerlane Publishing Corporation, Todd Meagher
                         Music, Greg D'Angelo & James Lomenzo

Date of Creation:   1991

Authorship on Application:
                       words & music: Todd Meagher, Greg D'Angelo & James Lomenzo.

Names:                 D'Angelo, Greg
                       Lomenzo, James
                       Meagher, Todd
                       Warner-Tamerlane Publishing Corporation
                       Todd Meagher Music

================================================================
==============

Type of Work:          Music

Registration Number / Date:
                       SRu000881358 / 2008-10-09

Application Title: We Can't Bring Back Yesterday.

Title:                 We Can't Bring Back Yesterday mixes.

Description:           Electronic file (eService)

Notes:                 collection

Copyright Claimant:
                       Aeriel Stiles.

Anthony Focx.
Todd Meagher.

Date of Creation:  1991

Authorship on Application:
Aeriel Stiles; Domicile: United States; Citizenship: United
States. Authorship: words and music.
Anthony Focx; Domicile: United States; Citizenship: United
States. Authorship: music.
Todd Meagher; Domicile: United States; Citizenship: United
States. Authorship: words and music.

Rights and Permissions:
AerielStiles, PO Box 43, Thompsons Station, TN, 37179,
(615) 261-1335, (615) 791-9581, aerielstiles@hotmail.com

Copyright Note:    C.O. correspondence.

Names:        Stiles, Aeriel
Focx, Anthony
Meagher, Todd

==================================================================
===============


Type of Work:       Music

Registration Number / Date:
PAu001567395 / 1991-10-31

Title:            When love comes knocking.   w & m Todd Meagher, Gene Black &
Brad Gillis.

Copyright Claimant:
Warner-Tamerlane Publishing Corporation, Todd Meagher
Music, BMG Songs Inc., Zeemo Mucic & Gilrock Ranch
Publishing

Date of Creation:  1991

Variant title:    When love comes knocking

Names:            Meagher, Todd
Black, Gene

Gillis, Brad
Warner-Tamerlane Publishing Corporation
Todd Meagher Music
BMG Songs Inc.
Zeemo Mucic
Gilrock Ranch Publishing

====================================================================
===============

Type of Work:        Music

Registration Number / Date:
            PAu000498459 / 1983-04-12

Title:            Always just isn't enough.

Description:      on 1 sound cassette.

Notes:              (With Love in her eyes et al.)

Copyright Claimant:
            Todd Meagher & Todd Kutcher

Date of Creation:   1982

Authorship on Application:
            words & music: Todd Meagher & Todd Kutcher.

Names:              Meagher, Todd, 1961-
            Kutcher, Todd, 1961-

====================================================================
===============

Type of Work:        Music

Registration Number / Date:
            PAu000498460 / 1983-04-12

Title:            Identity.

Description:      on 1 sound cassette.

Notes:                (With Love in her eyes et al.)

Copyright Claimant:
                Todd Meagher, Todd Kutcher & Joey Allen

Date of Creation:   1982

Authorship on Application:
                words & music: Todd Meagher & Todd Kutcher; music: Joey
                    Allen.

Names:          Meagher, Todd, 1961-
                Kutcher, Todd, 1961-
                Allen, Joey, 1961-

================================================================
==============

Type of Work:     Music

Registration Number / Date:
                PAu000498457 / 1983-04-12

Title:          Love in her eyes.

Description:     on 1 sound cassette.

Notes:                (With She's a goodtime et al.)

Copyright Claimant:
                Todd Meagher & Todd Kutcher

Date of Creation:   1982

Authorship on Application:
                words & music: Todd Meagher & Todd Kutcher.

Names:          Meagher, Todd, 1961-
                Kutcher, Todd, 1961-

================================================================
==============

Type of Work:     Music

Registration Number / Date:
 PA0001699041 / 2010-06-21

Application Title: Lucy.

Title:  Lucy.

Description:  Compact disc.

Copyright Claimant:
 John Charles Julian Lennon, 1963-  .
 Todd Meagher, 1961-  .
 Cook & Phillips Music, LLC, Transfer: By written agreement.

Date of Creation:  2009

Date of Publication:
 2009-12-15

Nation of First Publication:
 United States

Authorship on Application:
 John Charles Julian Lennon, 1963-  ;  Domicile: Italy.
  Authorship: musical arrangement.
 Todd Meagher, 1961-  ;  Domicile: United States.
  Authorship: music, lyrics, musical arrangement.
 James Scott Cook, 1971-  ;  Domicile: United States.
  Authorship: music, lyrics, musical arrangement.

Previous Registration:
 2009, SRu000918284.

Pre-existing Material:
 lyrics and music from earlier version of song.

Basis of Claim:  music, lyrics, musical arrangement.

Rights and Permissions:
 Todd Meagher, theRevolution, LLC, 106 E. 6th St., Austin,
  TX, 78701, United States, (817) 403-1188,
  corp@therevolution.com

Names:  Lennon, John Charles Julian, 1963-
 Meagher, Todd, 1961-

Cook, James Scott, 1971-
Cook & Phillips Music, LLC

================================================================
==============

Type of Work:          Sound Recording

Registration Number / Date:
                    SR0000653713 / 2010-06-21

Application Title: Lucy (acoustic version)

Title:                Lucy (acoustic version)

Description:          Compact disc.

Copyright Claimant:
                    theRevolution, LLC, Transfer: By written agreement.
                    Todd Meagher.
                    John Charles Julian Lennon.

Date of Creation:   2009

Date of Publication:
                    2009-12-15

Nation of First Publication:
                    United States

Authorship on Application:
                    John Charles Julian Lennon, 1963-   ;   Domicile: Italy.
                        Authorship: performance.
                    Todd Meagher, 1961-   ;   Domicile: United States.
                        Authorship: sound recording, production.

Rights and Permissions:
                    Todd Meagher, theRevolution, LLC, 106 E. 6th St, Austin,
                        TX, 78701, (817) 403-1188, corp@therevolution.com

Copyright Note:    C.O. correspondence.

Names:              Lennon, John Charles Julian, 1963-
                    Meagher, Todd, 1961-
                    theRevolution, LLC

Revolution, LLC

=================================================================
==============

Type of Work:          Sound Recording

Registration Number / Date:
                    SR0000653002 / 2010-06-21

Application Title: Lucy (Studio Version)

Title:                Lucy (Studio Version)

Description:          Compact disc.

Copyright Claimant:
                    Todd Meagher, 1961-   .
                    theRevolution, LLC, Transfer: By written agreement.
                    Music From Another Room, LTD, Transfer: By written
                       agreement.

Date of Creation:   2009

Date of Publication:
                    2009-12-15

Nation of First Publication:
                    United States

Authorship on Application:
                    John Charles Julian Lennon, 1963-  ;   Domicile: Italy.
                       Authorship: performance.
                    Todd Meagher, 1961-  ;   Domicile: United States.
                       Authorship: sound recording, production.
                    James Scott Cook, 1971-   ,   employer for hire; Domicile:
                       United States. Authorship: performance.

Rights and Permissions:
                    Todd Meagher, theRevolution, LLC, 106 E. 6th St., Austin,
                       TX, 78701, United States, (817) 403-1188,
                       corp@therevolution.com

Names:              Lennon, John Charles Julian, 1963-
                    Meagher, Todd, 1961-

Cook, James Scott, 1971-
theRevolution, LLC
Music From Another Room, LTD

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                     PAu001083262 / 1988-01-22

Title:               One night to remember.

Description:         on 1 sound cassette.

Notes:                (With Too wild to tame)

Copyright Claimant:
                     Todd Meagher

Date of Creation:   1987

Authorship on Application:
                     words & music: Todd Meagher, Ty Thomas.

Copyright Note:     C.O. correspondence.

Names:               Meagher, Todd, 1961-
                     Thomas, Ty, 1959-

================================================================
==============

Type of Work:        Visual Material

Registration Number / Date:
                     VA0001799788 / 2011-12-03

Application Title: Paul McCartney and Julian Lennon.

Title:               Paul McCartney and Julian Lennon.

Description:         Electronic file (eService)

Copyright Claimant:
 Todd Meagher, 1961-   .

Date of Creation:   2006

Date of Publication:
 2006-07-01

Nation of First Publication:
 United States

Authorship on Application:
 Todd Meagher, 1961-   ;   Domicile: United States;
  Citizenship: United States. Authorship: photograph(s)

Rights and Permissions:
 Todd Meagher, 2101 Legacy Court, Keller, TX, 76248, United
  States, (817) 403-1188, toddme@gher.com

Names:          Meagher, Todd, 1961-

====================================================================
===============

Type of Work:       Music

Registration Number / Date:
 PAu000498458 / 1983-04-12

Title:          She's a goodtime.

Description:       on 1 sound cassette.

Notes:           (With Love in her eyes et al.)

Copyright Claimant:
 Todd Meagher & Todd Kutcher

Date of Creation:   1982

Authorship on Application:
 words & music: Todd Meagher & Todd Kutcher.

Names:           Meagher, Todd, 1961-

Kutcher, Todd, 1961-

=================================================================
==============


Type of Work:        Sound Recording

Registration Number / Date:
                SR0000655690 / 2010-06-21

Application Title: Sober.

Title:              Sober.

Description:        Compact disc.

Copyright Claimant:
                theRevolution, LLC, Transfer: By written agreement.
                Todd Meagher.

Date of Creation:  2009

Date of Publication:
                2009-12-15

Nation of First Publication:
                United States

Authorship on Application:
                Todd Meagher, 1961-  ;   Domicile: United States.
                   Authorship: sound recording, production.
                James Scott Cook, 1971-  ;  Domicile: United States.
                   Authorship: performance.

Rights and Permissions:
                Todd Meagher, theRevolution, LLC, 106 E. 6th St, Suite 900,
                   Austin, TX, 78701, (817) 403-1188,
                   corp@therevolution.com

Copyright Note:    C.O. correspondence.

Names:              Meagher, Todd, 1961-
                Cook, James Scott, 1971-
                theRevolution, LLC
                Revolution, LLC

=================================================================
===============


Type of Work:        Music

Registration Number / Date:
                    PAu001083261 / 1988-01-22

Title:              Too wild to tame.

Description:        on 1 sound cassette.

Notes:               (With One night to remember)

Copyright Claimant:
                    Todd Meagher

Date of Creation:  1987

Authorship on Application:
                    words & music: Todd Meagher.

Copyright Note:    C.O. correspondence.

Names:               Meagher, Todd, 1961-


=================================================================
===============


Type of Work:        Music

Registration Number / Date:
                    PAu001441596 / 1990-10-09

Title:              Waiting here for you / words & music by Justin Clayton,
                    Todd Meagher.

Copyright Claimant:
                    Charisma Music Publ. Company, Ltd., & Todd Meagher
                    Publishing

Date of Creation:  1990

Authorship on Application:
      Alfred Justin Clayton & Todd Meagher.

Names:       Clayton, Alfred Justin, 1964-
      Meagher, Todd, 1961-
      Clayton, Justin
      Charisma Music Publ. Company, Ltd.
      Todd Meagher Publishing

=================================================================
===============

Type of Work:     Visual Material

Registration Number / Date:
      VA0002068625 / 2017-02-10

Application Title: You Made Me Album Cover.

Title:       You Made Me Album Cover.

Description:     Electronic file (eService)

Copyright Claimant:
      Todd Meagher, 1961-  .

Date of Creation:  2003

Date of Publication:
      2003-12-13

Nation of First Publication:
      United States

Authorship on Application:
      Todd Meagher, 1961-  ;  Domicile: United States;
       Citizenship: United States. Authorship: photograph, 2-D
       artwork.

Rights and Permissions:
      Todd Meagher, 2101 Legacy Court, Keller, TX, 76248, United
       States, (817) 403-1188, toddme@gher.com

Names:       Meagher, Todd, 1961-

=================================================================
===============


Type of Work:        Music

Registration Number / Date:
                PAu001156560 / 1988-10-28

Title:            Broken heart.

Description:        on 1 sound cassette.

Notes:            (With Fallen angel)

Copyright Claimant:
                Todd Meagher

Date of Creation:   1987

Authorship on Application:
                words & music: Todd A. Meagher.

Names:            Meagher, Todd A., 1961-

=================================================================
===============


Type of Work:        Music

Registration Number / Date:
                PAu001156559 / 1988-10-28

Title:            Fallen angel.

Description:        on 1 sound cassette.

Notes:            (With Broken heart)

Copyright Claimant:
                Todd Meagher & Brad Gillis

Date of Creation:   1988

Authorship on Application:

words & music: Todd A. Meagher & Brad Gillis.

Names:               Meagher, Todd A., 1961-
                     Gillis, Brad, 1957-

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                     PAu001054132 / 1988-01-22

Title:               Hearts on fire / Meagher, Thomas.

Description:         1 sound cassette.

Copyright Claimant:
                     Todd Meagher, Ty Thomas

Date of Creation:   1987

Authorship on Application:
                     words & music: Todd A. Meagher, Ty W. Thomas.

Names:               Meagher, Todd A., 1961-
                     Thomas, Ty W., 1959-

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                     PA0001346128 / 2006-11-27

Title:               Afraid.

Notes:               Cataloged from application only.

Copyright Claimant:
                     Todd Andrew Meagher, Joshua Leroy Todd, 1971-

Date of Creation:   2003

Date of Publication:
    2003-03-09

Copyright Note:   Words & music.

Names:    Meagher, Todd Andrew
    Todd, Joshua Leroy, 1971-

=================================================================
==============

Type of Work:   Music

Registration Number / Date:
    PA0001347618 / 2006-11-24

Title:    Blast.

Copyright Claimant:
    Todd Andrew Meagher & Josh Todd Gruber

Date of Creation:  2003

Date of Publication:
    2003-03-09

Authorship on Application:
    words & music: Todd Andrew Meagher (author of a work made
     for hire) & Joshua Leroy Todd.

Copyright Note:   Cataloged from appl. only.

Names:    Meagher, Todd Andrew
    Gruber, Josh Todd
    Todd, Joshua Leroy

=================================================================
==============

Type of Work:   Music

Registration Number / Date:
    PA0001345127 / 2006-11-24

Title:              Broken.

Copyright Claimant:
                    Todd Meagher & Josh Todd Gruber

Date of Creation:  2003

Date of Publication:
                    2003-03-09

Authorship on Application:
                    words & music: Todd Andrew Meagher & Joshua Leroy Todd.

Copyright Note:    Cataloged from appl. only.

Names:             Gruber, Josh Todd
                   Meagher, Todd Andrew
                   Todd, Joshua Leroy

================================================================
==============


Type of Work:       Music

Registration Number / Date:
                    PA0001346131 / 2006-11-27

Title:              Burn.

Notes:              Cataloged from application only.

Copyright Claimant:
                    Todd Andrew Meagher, Joshua Leroy Todd, 1971-

Date of Creation:  2003

Date of Publication:
                    2003-03-09

Copyright Note:    Words & music.

Names:              Meagher, Todd Andrew
                   Todd, Joshua Leroy, 1971-

===============================================================
==============


Type of Work:        Music

Registration Number / Date:
               PAu003086167 / 2006-11-27

Title:             Bury me tonight.

Notes:              Cataloged from application only.

Copyright Claimant:
               Josh Todd Gruber, Todd Meagher

Date of Creation:  2003

Authorship on Application:
               words & music: Todd Andrew Meagher, Joshua Leroy Todd,
                 1971-.

Copyright Note:    Words & music.

Names:              Gruber, Josh Todd
               Meagher, Todd Andrew
               Todd, Joshua Leroy, 1971-


===============================================================
==============


Type of Work:        Music

Registration Number / Date:
               PA0001345133 / 2006-11-24

Title:             Catastrophe.

Copyright Claimant:
               Todd Meagher & Josh Todd Gruber

Date of Creation:  2003

Date of Publication:
               2003-03-09

Authorship on Application:
             words & music: Todd Andrew Meagher & Joshua Leroy Todd.

Copyright Note:    Cataloged from appl. only.

Names:          Gruber, Josh Todd
                Meagher, Todd Andrew
                Todd, Joshua Leroy

================================================================
==============

Type of Work:      Music

Registration Number / Date:
             PA0001347613 / 2006-11-24

Title:          Circles.

Copyright Claimant:
             Todd Andrew Meagher & Josh Todd Gruber

Date of Creation:   2003

Date of Publication:
             2003-03-09

Authorship on Application:
             words & music: Todd Andrew Meagher (author of a work made
               for hire) & Joshua Leroy Todd.

Copyright Note:    Words & music.
                Cataloged from appl. only.

Names:           Meagher, Todd Andrew
                Gruber, Josh Todd
                Todd, Joshua Leroy

================================================================
==============

Type of Work:      Music

Registration Number / Date:
         PAu003080979 / 2006-11-24

Title:        Closer

Copyright Claimant:
         Todd Meagher, Joshua Todd Gruber

Date of Creation:   2003

Authorship on Application:
         words and music: Todd Andrew Meagher (author of a work made
          for hire), Joshua Leroy Todd.

Copyright Note:    Cataloged from appl. only.

Names:       Gruber, Joshua Todd
         Meagher, Todd Andrew
         Todd, Joshua Leroy

================================================================
==============

Type of Work:      Music

Registration Number / Date:
         PA0001347612 / 2006-11-24

Title:        Collide.

Copyright Claimant:
         Todd Andrew Meagher & Josh Todd Gruber

Date of Creation:   2003

Date of Publication:
         2003-03-09

Authorship on Application:
         words & music: Todd Andrew Meagher (author of a work made
          for hire) & Joshua Leroy Todd.

Copyright Note:    Cataloged from appl. only.

Names:       Meagher, Todd Andrew

Gruber, Josh Todd
Todd, Joshua Leroy

================================================================
===============

Type of Work:        Music

Registration Number / Date:
                 PAu003076650 / 2006-11-27

Title:           Cry wolf.

Copyright Claimant:
                 Todd Andrew Meagher (author of a work made for hire), &
                  Joshua Leroy Todd, 1971-

Date of Creation:   2003

Authorship on Application:
                 words, music: Todd Meagher & Joshua Todd.

Copyright Note:    Cataloged from appl. only.

Names:           Meagher, Todd Andrew
                 Todd, Joshua Leroy, 1971-

================================================================
===============

Type of Work:        Music

Registration Number / Date:
                 PAu003083184 / 2006-11-24

Title:           Death march.

Copyright Claimant:
                 Todd Andrew Meagher, Joshua Leroy Todd Gruber, 1971-

Date of Creation:   2003

Copyright Note:    Cataloged from appl. only.
                 Words & music.

Names:              Meagher, Todd Andrew
                    Gruber, Joshua Leroy Todd, 1971-

==================================================================
==============

Type of Work:       Music

Registration Number / Date:
                    PAu003082225 / 2006-11-24

Title:              False idols.

Copyright Claimant:
                    Todd Andrew Meagher & Joshua Leroy Todd, 1971-

Date of Creation:   2003

Copyright Note:     Cataloged from appl. only.
                    Words & music.

Names:              Meagher, Todd Andrew
                    Todd, Joshua Leroy, 1971-

==================================================================
==============

Type of Work:       Music

Registration Number / Date:
                    PAu003081040 / 2006-11-24

Title:              Famous.

Notes:              Cataloged from application only.

Copyright Claimant:
                    Todd Andrew Meagher, Joshua Leroy Todd, 1971-

Date of Creation:   2003

Copyright Note:     Words & music.

Names:            Meagher, Todd Andrew
                  Todd, Joshua Leroy, 1971-

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                  PA0001346165 / 2006-11-24

Title:            Flowers and cages.

Copyright Claimant:
                  Todd Meagher & Josh Todd Gruber

Date of Creation:  2003

Date of Publication:
                  2003-03-09

Authorship on Application:
                  words & music: Joshua Leroy Todd, 1971-, Todd Andrew
                     Meagher, employer for hire.

Copyright Note:    Cataloged from appl. only.

Names:            Gruber, Josh Todd
                  Todd, Joshua Leroy, 1971-
                  Meagher, Todd Andrew

================================================================
==============

Type of Work:        Music

Registration Number / Date:
                  PAu003081056 / 2006-11-24

Title:            The kill.

Notes:             Words and music.

Copyright Claimant:

Todd Andrew Meagher, Joshua Leroy Todd, 1971- a.k.a. Josh
  Todd Gruber

Date of Creation:   2003

Copyright Note:    Cataloged from appl. only.

Names:          Meagher, Todd Andrew
                Todd, Joshua Leroy, 1971-
                Gruber, Josh Todd

================================================================
===============


Type of Work:       Music

Registration Number / Date:
                PAu003083180 / 2006-11-24

Title:          Lost to bullets.

Copyright Claimant:
                Todd Andrew Meagher, Joshua Leroy Todd Gruber, 1971-

Date of Creation:   2003

Copyright Note:    Cataloged from appl. only.
                Words & music.

Names:          Meagher, Todd Andrew
                Gruber, Joshua Leroy Todd, 1971-

================================================================
===============


Type of Work:       Music

Registration Number / Date:
                PA0001347614 / 2006-11-24

Title:          Lovely bones.

Copyright Claimant:
                Todd Andrew Meagher & Josh Todd Gruber

Date of Creation:   2003

Date of Publication:
                     2003-03-09

Authorship on Application:
              words & music: Todd Andrew Meagher (author of a work made
                 for hire), Joshua Leroy Todd.

Copyright Note:    Cataloged from appl. only.

Names:          Meagher, Todd Andrew
                Gruber, Josh Todd
                Todd, Joshua Leroy

================================================================
==============


Type of Work:        Music

Registration Number / Date:
                     PA0001347617 / 2006-11-24

Title:               Mind infection.

Copyright Claimant:
              Todd Andrew Meagher & Josh Todd Gruber

Date of Creation:   2003

Date of Publication:
                     2003-03-09

Authorship on Application:
              words & music: Todd Andrew Meagher (author of a work made
                 for hire) & Joshua Leroy Todd.

Copyright Note:    Cataloged from appl. only.

Names:          Meagher, Todd Andrew
                Gruber, Josh Todd
                Todd, Joshua Leroy

================================================================

===============

Type of Work:       Music

Registration Number / Date:
                    PA0001346113 / 2006-11-27

Title:              Shine.

Copyright Claimant:
                    Todd Andrew Meagher & Joshua Leroy Todd, 1971-

Date of Creation:   2003

Date of Publication:
                    2003-03-09

Copyright Note:     Cataloged from appl. only.

Names:              Meagher, Todd Andrew
                    Todd, Joshua Leroy, 1971-

==================================================================
===============

Type of Work:       Music

Registration Number / Date:
                    PAu003082226 / 2006-11-24

Title:              Sins of pride.

Copyright Claimant:
                    Todd Andrew Meagher & Joshua Leroy Todd, 1971- (Josh Todd
                        Gruber)

Date of Creation:   2003

Copyright Note:     Cataloged from appl. only.
                    Words & music.

Names:              Meagher, Todd Andrew
                    Todd, Joshua Leroy, 1971-
                    Gruber, Josh Todd

===============================================================
==============


Type of Work:          Music

Registration Number / Date:
                    PA0001346175 / 2006-11-24

Title:                Slave.

Copyright Claimant:
                    Todd Meagher & Josh Todd Gruber

Date of Creation:   2003

Date of Publication:
                    2003-03-09

Authorship on Application:
                    words & music: Joshua Leroy Todd, 1971-, Todd Andrew
                        Meagher, employer for hire.

Copyright Note:     Cataloged from appl. only.

Names:               Gruber, Josh Todd
                    Todd, Joshua Leroy, 1971-
                    Meagher, Todd Andrew

===============================================================
==============


Type of Work:          Music

Registration Number / Date:
                    PAu003082228 / 2006-11-24

Title:                Spray paint.

Copyright Claimant:
                    Todd Andrew Meagher & Joshua Leroy Todd, 1971- (Josh Todd
                        Gruber)

Date of Creation:   2003

Copyright Note:   Cataloged from appl. only.
Words & music.

Names:            Meagher, Todd Andrew
Todd, Joshua Leroy, 1971-
Gruber, Josh Todd

================================================================
==============

Type of Work:     Music

Registration Number / Date:
PA0001347628 / 2006-11-24

Title:            Straight jacket.

Copyright Claimant:
Todd Andrew Meagher & Josh Todd Gruber

Date of Creation:  2003

Date of Publication:
2003-03-09

Authorship on Application:
words & music: Todd Andrew Meagher (author of a work made
for hire) & Joshua Leroy Todd.

Copyright Note:   Cataloged from appl. only.

Names:            Meagher, Todd Andrew
Gruber, Josh Todd
Todd, Joshua Leroy

================================================================
==============

Type of Work:     Music

Registration Number / Date:
PA0001345132 / 2006-11-24

Title:               The walls.

Copyright Claimant:
                     Todd Meagher & Josh Todd Gruber

Date of Creation:   2003

Date of Publication:
                     2003-03-09

Authorship on Application:
                     words & music: Todd Andrew Meagher & Joshua Leroy Todd.

Copyright Note:    Cataloged from appl. only.

Names:              Gruber, Josh Todd
                    Meagher, Todd Andrew
                    Todd, Joshua Leroy

================================================================
==============


Type of Work:        Music

Registration Number / Date:
                     PA0001346166 / 2006-11-24

Title:               Wasted.

Copyright Claimant:
                     Todd Meagher & Josh Todd Gruber

Date of Creation:   2003

Date of Publication:
                     2003-03-09

Authorship on Application:
                     words & music: Joshua Leroy Todd, 1971-, Todd Andrew
                         Meagher, employer for hire.

Copyright Note:    Cataloged from appl. only.

Names:              Gruber, Josh Todd
                    Todd, Joshua Leroy, 1971-

Meagher, Todd Andrew

=====================================================================
===============

Type of Work:        Sound Recording

Registration Number / Date:
                PAu001343335 / 1990-02-23

Title:           Never say never.

Description:       sound cassette.

Notes:              Cataloged from appl.

Copyright Claimant:
                Todd Meagher, Eric St. Michaels, Ned Liben

Date of Creation:   1990

Authorship on Application:
                words, music: Todd Andrew Meagher, Eric Alexander St.
                    Michaels, Ned Ebn Liben.

Names:              Meagher, Todd Andrew, 1961-.
                Saint Michaels, Eric Alexander, 1961-.
                Liben, Ned, 1953-.
                Liben, Ebn

=====================================================================
===============

Type of Work:        Music

Registration Number / Date:
                PAu000439172 / 1982-09-20

Title:           Partners in crime / Todd Meagher.

Description:       1 sound cassette.

Copyright Claimant:
                Todd Meagher

Date of Creation:   1981

Authorship on Application:
                words & music: Todd Andrew Meagher.

Names:              Meagher, Todd Andrew, 1961-

================================================================
==============

Type of Work:      Music

Registration Number / Date:
                PAu000344998 / 1981-10-23

Title:             She keeps me sane.

Description:       on 1 sound cassette.

Notes:              (With Princess of the night et al.)

Copyright Claimant:
                Todd Meagher & James Rowell

Date of Creation:   1981

Authorship on Application:
                words, music & arr.: Todd Andrew Meagher; music: James
                    Edward Rowell.

Names:              Meagher, Todd Andrew, 1961-
                Rowell, James Edward, 1961-

================================================================
==============

Type of Work:      Music

Registration Number / Date:
                PAu000344997 / 1981-10-23

Title:             Touched.

Description:        on 1 sound cassette.

Notes:              (With Princess of the night et al.)

Copyright Claimant:
                    Todd Andrew Meagher, James Edward Rowell & Ty Thomas

Date of Creation:   1981

Authorship on Application:
                    words, music & arr.: Todd Andrew Meagher; music: James
                        Edward Rowell & Ty Wayne Thomas.

Names:              Meagher, Todd Andrew, 1961-
                    Rowell, James Edward, 1961-
                    Thomas, Ty Wayne, 1959-

================================================================
==============


++++++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000