```
Label Matrix for local noticing          Deutsche Bank National Trust Company as Trus   Gordon & Sykes, LLP
0539-4                                   c/o Codilis & Moody, P.C.                      1320 S. University Dr. Ste 806
Case 20-40208-mxm11                      400 N. Sam Houston Pkwy E,                     Fort Worth, TX 76107-5786
Northern District of Texas               Suite 900A
Ft. Worth                                Houston, TX 77060-3548
Fri Jul 31 14:23:04 CDT 2020

Tarrant County                           Thompson Coe, Cousins & Irons                  501 W. Tenth Street
Linebarger, Goggan, Blair & Sampson, LLP One Riverway, Ste 1400                         Fort Worth, TX 76102-3637
c/o Laurie A. Spindler                   Houston, TX 77056-1988
2777 N. Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

Atmos Energy                             CITIBANK                                       California Franchise Tax Board
5430 LBJ Fwy.                            388 Greenwich Street                           300 South Spring Street
Dallas, TX 75240-2601                    New York, NY 10013-2362                        Suite 5704
                                                                                        Los Angeles, CA 90013-1265

Cirro Energy                             City of Keller                                 Deutsche Bank National Trust Company
2745 Dallas Pkwy                         1100 Bear Creek Pkwy                           C/O: PHH Mortgage Corporation
Ste 200                                  Keller, TX 76248-2114                          Attn: Bankruptcy Department
Plano, TX 75093-8729                                                                    PO Box 24605
                                                                                        West Palm Beach, FL 33416-4605

(p)FRONTIER COMMUNICATIONS               Frontier Communications                        GHER Solutions, LLC
BANKRUPTCY DEPT                          401 Merritt 7                                  950 E. State Highway 114
19 JOHN STREET                           Norwalk, CT 06851-1000                         Suite 160
MIDDLETOWN NY 10940-4918                                                                Southlake, TX 76092-5261

Gary L. Pate                             Gary Leonard Pate                              Gordon & Sykes
One Riverway, #1400                      Thompson Coe Cousins & Irons, LLP              1320 University Dr.
Houston, TX 77056-1988                   One Riverway                                   Suite 806
                                         Suite 1400                                     Fort Worth, TX 76107-5786
                                         Houston, TX 77056-1988

HEB Grocery Company, LP                  Internal Revenue Service                       Internal Revenue Service
646 S. Flores St.                        1100 Commerce St.                              P.O. Box 7346
San Antonio, TX 78204-1219               Room 121                                       Philadelphia, PA  19101-7346
                                         Dallas, TX 75242-1301

Karen Tripp                              Not Just Patents LLC                           PHH Mortgage Services
P.O. Box 1301                            c/o Wendy Peterson                             P.O. Box 66002
Houston, TX 77251-1301                   1248 Victoria St. N.                           Lawrence Township, NJ 08648-6002
                                         Saint Paul, MN 55117-4033

Pirkey Barber PLLC                       Tarrant County                                 Tarrant County
600 Congress Avenue, Suite 2120          LINEBARGER GOGGAN BLAIR & SAMPSON, LLP         Linebarger, Goggan, Blair & Sampson, LLP
Austin, TX 78701-2973                    2777 N. Stemmons Freeway                       c/o Laurie A. Spindler
                                         Suite 1000                                     2777 N. Stemmons Freeway Suite 1000
                                         DALLAS, TX 75207-2328                          Dallas, TX 75207-2328

Thompson Coe Cousins & Irons LLP         Tracy Hyndman                                  United States Trustee
One Riverway                             7 Castlebar Place                              1100 Commerce Street
Suite 1400                               Alameda, CA 94502-7746                         Room 976
Houston, TX 77056-1988                                                                  Dallas, TX 75242-0996
```

| | | |
|---|---|---|
| Vinson & Elkins LLP<br>c/o Jason M. Powers<br>1001 Fannin St.<br>Ste. 2500<br>Houston, TX 77002-6760 | Mark A. Castillo<br>Curtis Castillo PC<br>901 Main Street, Suite 6515<br>Dallas, TX 75202-3782 | Robert Coleman Rowe<br>Curtis Castillo, P.C.<br>901 Main Street, Suite 6515<br>Dallas, TX 75202-3782 |
| Stephanie Diane Curtis<br>Curtis Castillo PC<br>901 Main Street, Suite 6515<br>Dallas, TX 75202-3782 | Todd Meagher<br>2101 Legacy Court<br>Keller, TX 76248-8449 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Frontier Communications
19 John St
Middletown, NY 10940

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HEB Grocery Company, LP | (d)Deutsche Bank National Trust Company as Tr<br>c/o Codilis & Moody, P.C.<br>400 N. Sam Houston Pkwy E, Suite 900A<br>Houston, TX 77060-3548 | (d)Gordon & Sykes, LLP<br>1320 S. University Drive, Suite 806<br>Fort Worth, TX 76107-5786 |
| (d)Thompson Coe Cousins & Irons, LLP<br>One Riverway<br>Suite 1400<br>Houston, TX 77056-1988 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     4<br>Total                  38 | |