**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **Todd Meagher** | § | |
| | § | **Case No. 20-40208-mxm11** |
| Debtor. | § | |

**CERTIFICATE OF NO OBJECTION TO:**
**DEBTOR'S MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE**

**[Relates to Docket No. 73]**

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Todd Meagher (the "Debtor"), the Debtor and Debtor-in-Possession, and files this *Certificate of No Objection* (the "Certificate") regarding the Debtor's *Motion to Dismiss Chapter 11 Bankruptcy Case* (the "Motion") [Dkt. No. 73] filed and served on July 31, 2020. The deadline to file a response or objection to the Motion was August 14, 2020. As of the filing of this Certificate, no response, objection, or request for hearing regarding the Motion has been filed with the Court or received by the Debtor.

Dated: August 17, 2020

Respectfully submitted,

  */s/Robert R. Rowe*
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
      rrowe@curtislaw.net

COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on August 17, 2020, the preceding document was served via the Court's CM/ECF system on all parties receiving such notice in this case.

*/s/Robert C. Rowe*
Robert C. Rowe