

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 27, 2020**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER, | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING DEBTOR'S
### MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE

Came on for consideration the Debtor's *Motion to Dismiss Chapter 11 Bankruptcy Case* (the "Motion"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and, it appearing that no other or further notice need be provided; and finding appropriate cause to grant the Motion after no objections were timely filed; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Debtor's Motion is **GRANTED** and this Chapter 11 Bankruptcy Case is hereby dismissed without prejudice.

### ### END OF ORDER ###

Respectfully submitted by:
Mark A. Castillo
 Texas State Bar No. 24027795
Curtis | Castillo PC
901 Main Street, Suite 6515
Dallas, Texas  75202
Telephone: 214.752.2222
Facsimile:  214.752.0709

BANKRUPTCY COUNSEL FOR
DEBTOR IN POSSESSION