



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed August 27, 2020**

United States Bankruptcy Judge

___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| TODD MEAGHER, | § | CASE NO. 20-40208-11 |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING DEBTOR'S
### MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE

Came on for consideration the Debtor's *Motion to Dismiss Chapter 11 Bankruptcy Case* (the "Motion"), and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and, it appearing that no other or further notice need be provided; and finding appropriate cause to grant the Motion after no objections were timely filed; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Debtor's Motion is **GRANTED** and this Chapter 11 Bankruptcy Case is hereby dismissed without prejudice.

### ### END OF ORDER ###

Respectfully submitted by:
Mark A. Castillo
 Texas State Bar No. 24027795
Curtis | Castillo PC
901 Main Street, Suite 6515
Dallas, Texas  75202
Telephone: 214.752.2222
Facsimile:  214.752.0709

BANKRUPTCY COUNSEL FOR
DEBTOR IN POSSESSION

```
                          United States Bankruptcy Court
                            Northern District of Texas
In re:                                                              Case No. 20-40208-mxm
Todd Meagher                                                        Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0539-4          User: kmunoz              Page 1 of 2          Date Rcvd: Aug 27, 2020
                              Form ID: pdf022           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db             +Todd Meagher,    2101 Legacy Court,    Keller, TX 76248-8449
18905618       +Atmos Energy,    5430 LBJ Fwy.,    Dallas, TX 75240-2601
18859077       +CITIBANK,   388 Greenwich Street,    New York, NY 10013-2362
18893536        Deutsche Bank National Trust Company,    C/O: PHH Mortgage Corporation,
                 Attn: Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
18893212       +Deutsche Bank National Trust Company as Trustee,    c/o Codilis & Moody, P.C.,
                 400 N. Sam Houston Pkwy E, Suite 900A,    Houston, TX 77060-3548
18905622       +GHER Solutions, LLC,   950 E. State Highway 114,    Suite 160,   Southlake, TX 76092-5261
18859078       +Gary L. Pate,    One Riverway, #1400,    Houston, TX 77056-1988
18954944       +Gary Leonard Pate,    Thompson Coe Cousins & Irons, LLP,    One Riverway,    Suite 1400,
                 Houston, TX 77056-1988
18905623       +Gordon & Sykes,    1320 University Dr.,    Suite 806,   Fort Worth, TX 76107-5786
19019770       +Gordon & Sykes, LLP,   1320 S. University Drive, Suite 806,    Fort Worth, TX 76107-5786
18859079       +HEB Grocery Company, LP,    646 S. Flores St.,    San Antonio, TX 78204-1219
18905624       +Internal Revenue Service,    1100 Commerce St.,    Room 121,   Dallas, TX 75242-1301
18859080       +Karen Tripp,    P.O. Box 1301,    Houston, TX 77251-1301
18859081       +Not Just Patents LLC,    c/o Wendy Peterson,    1248 Victoria St. N.,    Saint Paul, MN 55117-4033
18859082       +PHH Mortgage Services,    P.O. Box 66002,    Lawrence Township, NJ 08648-6002
18862625       +Tarrant County,    LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,    2777 N. Stemmons Freeway,
                 Suite 1000,    DALLAS, TX 75207-2328
18860610       +Tarrant County,    Linebarger, Goggan, Blair & Sampson, LLP,    c/o Laurie A. Spindler,
                 2777 N. Stemmons Freeway Suite 1000,    Dallas, TX 75207-2328
18859084       +Thompson Coe Cousins & Irons LLP,    One Riverway,    Suite 1400,    Houston, TX 77056-1988
18905625       +Tracy Hyndman,    7 Castlebar Place,    Alameda, CA 94502-7746
18859085       +Vinson & Elkins LLP,    c/o Jason M. Powers,    1001 Fannin St.,    Ste. 2500,
                 Houston, TX 77002-6760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18859076       +E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 28 2020 01:24:01     California Franchise Tax Board,
                 300 South Spring Street,    Suite 5704,    Los Angeles, CA 90013-1265
18905619       +E-mail/Text: ecfbankruptcy@nrgenergy.com Aug 28 2020 01:23:15     Cirro Energy,
                 2745 Dallas Pkwy,    Ste 200,    Plano, TX 75093-8729
18905620       +E-mail/Text: finance@cityofkeller.com Aug 28 2020 01:22:31     City of Keller,
                 1100 Bear Creek Pkwy,    Keller, TX 76248-2114
18998627        E-mail/Text: bankruptcynotification@ftr.com Aug 28 2020 01:23:55     Frontier Communications,
                 19 John St,   Middletown, NY 10940
18905621       +E-mail/Text: bankruptcynotification@ftr.com Aug 28 2020 01:23:55     Frontier Communications,
                 401 Merritt 7,    Norwalk, CT 06851-1000
19004060        E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 28 2020 01:22:22     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18954945*      +Thompson Coe Cousins & Irons, LLP,    One Riverway,    Suite 1400,   Houston, TX 77056-1988
18859083      ##+Pirkey Barber PLLC,    600 Congress Avenue, Suite 2120,    Austin, TX 78701-2973
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0539-4          User: kmunoz              Page 2 of 2              Date Rcvd: Aug 27, 2020
                              Form ID: pdf022           Total Noticed: 26
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2020 at the address(es) listed below:

```
          Elizabeth Ziegler Young    on behalf of U.S. Trustee    United States Trustee
           elizabeth.a.young@usdoj.gov
          James Clark Gordon    on behalf of Creditor    Gordon & Sykes, LLP jgordon@gordonsykes.com
          Lakia S. McCline    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
           GSAMP Trust 2007-FM2, Mortgage Pass-Through Certificates, Series 2007-FM2
           lakia.mccline@tx.cslegal.com,  bkdept@tx.cslegal.com
          Laurie A. Spindler    on behalf of Creditor    Tarrant County Laurie.Spindler@lgbs.com,
           Dora.Casiano-Perez@lgbs.com
          Mark A. Castillo    on behalf of Debtor Todd  Meagher mcastillo@curtislaw.net
          Matthew David Struble    on behalf of Creditor    HEB Grocery Company, LP mstruble@velaw.com
          Robert Coleman Rowe    on behalf of Debtor Todd  Meagher rrowe@curtislaw.net
          Stephanie Diane Curtis    on behalf of Debtor Todd  Meagher scurtis@curtislaw.net
          United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                             TOTAL: 9
```